| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF IOWA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
| --- | --- | --- |
| **1.** | **Debtor's name** | Fansteel, Inc. |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Fansteel Intercast** <br> **DBA  Fansteel Wellman Dynamics** <br> **DBA  Fansteel American Sintered Technologies** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 36-1058780 |

| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- | --- | --- |
| | | **1746 Commerce Road** <br> **Creston, IA 50801** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Union** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| **5.** | **Debtor's website** (URL) | **www.fansteel.com** |
| --- | --- | --- |

| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Fansteel, Inc.**                                                    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**   A.  *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B.  *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __3315__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor   **See Attachment** | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **Fansteel, Inc.**

Name                                                   Case number (*if known*)

---

**11.  Why is the case filed in     *Check all that apply:***
**this district?**

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or          ■ No**
**have possession of any          ☐ Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**
                                         **Why does the property need immediate attention?** (*Check all that apply.*)

                                         ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                              What is the hazard? _____

                                         ☐  It needs to be physically secured or protected from the weather.

                                         ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                              livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                         ☐  Other _____

                                         **Where is the property?** _____
                                                                      Number, Street, City, State & ZIP Code

                                         **Is the property insured?**

                                         ☐  No

                                         ☐  Yes.   Insurance agency _____

                                                    Contact name _____

                                                    Phone _____

---

■    **Statistical and administrative information**

**13.  Debtor's estimation of     .    *Check one:***
**available funds**
                                    ■   Funds will be available for distribution to unsecured creditors.

                                    ☐   After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**     ☐ 1-49                      ☐ 1,000-5,000            ☐ 25,001-50,000
**creditors**                    ☐ 50-99                     ☐ 5001-10,000            ☐ 50,001-100,000
                                 ☐ 100-199                   ☐ 10,001-25,000          ☐ More than100,000
                                 ■ 200-999

---

**15.  Estimated Assets**        ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000       ■ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **Fansteel, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 13, 2016**
                MM / DD / YYYY

**X** **/s/ Jim Mahoney**                              **Jim Mahoney**
Signature of authorized representative of debtor        Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ Jeffrey D. Goetz**                         Date   **September 13, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**Jeffrey D. Goetz**
Printed name

**Bradshaw, Fowler, Proctor & Fairgrave PC**
Firm name

**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone   **515-243-4191**          Email address   **www.bradshawlaw.com**

**IS #9999366**
Bar number and State

Debtor    **Fansteel, Inc.** _____    Case number (*if known*) _____
          Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA _____

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Wellman Dynamics Corporation** | | Relationship to you | **Wholly-Owned Subsidiary** |
| District | **Southern District of Iowa** | When **9/13/16** | Case number, if known | **16-** |
| Debtor | **Wellman Dynamics Machining and Assembly, Inc.** | | Relationship to you | **Wholly-Owned Subsidiary** |
| District | **Southern District of Iowa** | When **9/13/16** | Case number, if known | **16-** |

**Fill in this information to identify the case:**

Debtor name          **Fansteel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 13, 2016**          X **/s/ Jim Mahoney**
                                             Signature of individual signing on behalf of debtor

                                             **Jim Mahoney**
                                             Printed name

                                             **CEO**
                                             Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Fansteel, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF IOWA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Ins Services Lockbox 203312 - MN Bloomington PO Box 203312 Dallas, TX 75320-3312** | | **Insurance** | | | | $384,942.78 |
| **Broderick & Associates 5145 Plantation Dr. Indianapolis, IN 46250** | | **Commissions** | | | | $370,000.00 |
| **Venable LLP 1270 Avenue of the Americas Rockefeller center, 24th Floor New York, NY 10020** | | **Legal Services** | | | | $327,744.75 |
| **ARC Metals Corporation 224 River Rd. PO Box 372 Ridgway, PA 15853** | | **Powdered metal manufacturer** | | | | $200,587.07 |
| **Bose McKinney & Evans LLP 11 Monument Circle, Suite 2700 Indianapolis, IN 46204** | | **Legal Services** | | | | $169,271.20 |
| **Faegre Baker Daniels LLP PO Box 664091 Indianapolis, IN 46266** | | **legal services** | | | | $158,214.93 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bingham McCutchen LLP PO Box 3486 Boston, MA 02241-3486** | | **legal services** | | | | **$147,653.94** |
| **Casting Services of WI CO 304-F N Chicago Ave. PO Box 404 South Milwaukee, WI 53172-0404** | | **Casting services/Foundry technology services** | | | | **$131,409.85** |
| **HCC Life Insurance Company PO Box 402032 Atlanta, GA 30384-2032** | | **Life Insurance provider** | | | | **$125,920.23** |
| **M Argueso & Company, Inc. 2628 River Ave Rosemead, CA 91770-3395** | | **Wax Supplier** | | | | **$113,326.08** |
| **Concord Financial Advisor One south Dearborn, Suite 2100 Chicago, IL 60603** | | **Financial advisors** | | | | **$107,193.24** |
| **IP3 North America, LLC 821 Mason St San Francisco, CA 94108** | | | | **$100,000.00** | **$0.00** | **$100,000.00** |
| **Pioneer Metal Solutions 4031 Bronze Way Dallas, TX 75237** | | | | | | **$99,797.22** |
| **Black Management Advisors 510 Ocean Dr., Suite 501 Miami Beach, FL 33139** | | **Directors Fees** | | | | **$97,500.00** |
| **Bodycote Thermal Processing 2005 Montgomery St. Fort Worth, TX 76107** | | **Provider of heat treatment services for metals and alloys** | | | | **$90,008.04** |
| **Clausen Miller PC 10 S. LaSalle Chicago, IL 60603** | | **legal services** | | | | **$73,043.02** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Linde, LLC**<br>**575 Mountain Ave**<br>**PO Box 1047**<br>**New Providence, NJ**<br>**07974-2097** | | **Gas and engineering services** | | | | **$72,077.32** |
| **Comseco, Inc.**<br>**141 Sterling Dr.**<br>**Mocksville, NC**<br>**27028-1918** | | | | | | **$71,377.18** |
| **R Michele Brown**<br>**PO Box 141**<br>**Emporium, PA**<br>**15834** | | **Property taxes** | | | | **$67,388.79** |
| **Maslon Edelman**<br>**Borman & Brand**<br>**3300 Wells Fargo**<br>**Center**<br>**90 South 7th St.**<br>**Minneapolis, MN**<br>**55402-4140** | | **legal services** | | | | **$66,157.95** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **Fansteel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................    $      849,559.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................    $   32,058,413.19

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................    $   32,907,972.19

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $   37,778,698.90

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $       67,568.87

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    4,128,006.84

4.  **Total liabilities** ......................................................................................................................
   Lines 2 + 3a + 3b                                                                                      $   41,974,274.61

**Fill in this information to identify the case:**

Debtor name    **Fansteel, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third Bank, Chicago** | **Checking - Operating** | **8926** | $500,686.56 |
| 3.2. | **Fifth Third Bank, Chicago** | **Controlled Cash Account** | **8942** | $0.00 |
| 3.3. | **Fifth Third Bank, Chicago** | **Controlled Cash Account** | **8918** | $216,266.16 |
| 3.4. | **Fifth Third Bank, Newport, KY** | **Controlled Disbursment Account** | **6590** | $0.00 |
| 3.5. | **Fifth Third Bank, Chicago** | **Controlled Cash Account** | **7848** | $0.00 |
| 3.6. | **Fifth Third Bank, Newport, KY** | **Controlled Disbursment Account** | **6590** | $0.00 |
| 3.7. | **Fifth Third Bank, Newport, KY** | **Controlled Disbursment Account** | **5642** | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.8. | **Fifth Third Bank, Chicago** | Controlled Cash Account | 7795 | $0.00 |
| 3.9. | **Fifth Third Bank, Newport, KY** | Controlled Disbursment Account | 6533 | $0.00 |
| 3.10. | **Fifth Third Bank, Newport, KY** | Controlled Disbursment Account | 6772 | $0.00 |
| 3.11. | **Fifth Third Bank, Chicago** | Controlled Cash Account | 7787 | $0.00 |
| 3.12. | **Fifth Third Bank, Newport, KY** | Controlled Disbursement Account | 6940 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

        **$716,952.72**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

    7.1.    **Various utlity, rent, service  and insurance deposits to multiple vendors**
        **$1,148,660.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.

        **$1,148,660.00**

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:    **816,819.45**  -  **19,716.39**  = ....    **$797,103.06**
                  face amount            doubtful or uncollectible accounts

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **1,271,992.00** | - | **0.00** = .... | **$1,271,992.00** |
| | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$2,069,095.06** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

<div style="background:black;color:white">Part 4:</div> **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | | |
| 15.1. | **One (1) redeemable preference share and one (1) common share of Archway Insurance, LTD, a Cayman Islands exempted company incorporated with limited liability. Archway is the captive insurance company that Fansteel is part of for their workers'compensation, general liability and automobile insurance coverage** | **%** | **Revenue based** | **$36,000.00** |
| 15.2. | **Shares of stock in FMRI, Inc., a Delaware Corporation - value subject to continuing accounting and audit** | **100** % | **N/A** | **Unknown** |
| 15.3. | **Shares of stock in FDM Holdings, Inc., a Delaware Corporation - value subject to continuing accounting and audit** | **100** % | **N/A** | **Unknown** |
| 15.4. | **Shares of stock in Fansteel de Mexico - current value subject to continuing accounting and audit** | **99** % | **N/A** | **Unknown** |
| 15.5. | **Shares of stock in Wellman Dynamics Corporation, a Delaware Corporation - value subject to continuing accounting and audit** | **100** % | **N/A** | **Unknown** |
| 15.6. | **Shares of stock in Wellman Dynamics Machining & Assembly, Inc., a Delaware Corporation - value subject to continuing accounting and audit** | **100** % | **N/A** | **Unknown** |
| 15.7. | **Shares of stock in Fansteel ENA USA, Inc., a Delaware Corporation - value subject to continuing accounting and audit** | **1** % | **N/A** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.     **Total of Part 4.**

    Add lines 14 through 16.  Copy the total to line 83.

<div align="right">

**$36,000.00**

</div>

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** **AST Division Raw Material Inventory (as of 8/31/2016)** | 8/31/2016 | Unknown | standard cost | $158,390.43 |
| **Intercast Division Raw Materials Inventory (as of 7/31/2016)** | 8/31/2016 | Unknown | standard cost | $417,763.78 |
| 20.   **Work in progress** **AST Division Work in Process Inventory (as of 8/31/2016)** | 8/31/2016 | Unknown | standard cost | $327,729.72 |
| **Intercast Division Work in Process Inventory (as of 7/31/2016)** | 8/31/2016 | Unknown | standard cost | $453,372.00 |
| 21.   **Finished goods, including goods held for resale** **AST Division Finished Goods Inventory (as of 8/31/2016)** | 8/31/2016 | Unknown | standard cost | $356,345.82 |
| **Intercast Division Finished Goods Inventory (as of 7/31/2016)** | 8/31/2016 | Unknown | standard cost | $369,507.75 |

22.     **Other inventory or supplies**

23.     **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

<div align="right">

**$2,083,109.50**

</div>

24.     **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ■ No
   - ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   - ■ No. Go to Part 7.
   - ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   - ☐ No. Go to Part 8.
   - ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture, fixtures and equipment** | $0.00 | Cost Basis | $169,821.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers** | $0.00 | Cost Basis | $231,504.68 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | $401,325.68 |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ■ No
   - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   - ☐ No.  Go to Part 9.
   - ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | Autos/Trucks | | $0.00 | Cost Basis | $25,900.00 |
|---|---|---|---|---|---|

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | Manufacturing Equipment | | $828,157.00 | Cost Basis | $7,149,283.23 |
|---|---|---|---|---|---|

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $7,175,183.23 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Commercial/Industrial real estate and buildings - 513 E. 2nd St., Emporium, PA 15834** | Fee simple | $467,693.53 | Cost Basis | $849,559.00 |
| 55.2. **Commercial/Industrial real estate and buildings at 1739 Commerce Rd.** | Lease of non-residential real property | Unknown | N/A | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | | Case number *(If known)* | | |
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **Commercial/Industrial real estate and buildings at 3600 Formosa, McAllen, TX** | **Lease of non-residential real estate** | **Unknown** | **N/A** | **Unknown** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$849,559.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Four (4) registered trademarks: Fansteel Intercast, Fansteel Intercast (color logo), Fansteel Wellman Dynamics, and Fansteel American Sintered Technologies & Design** | **Unknown** | **N/A** | **Unknown** |
| 61. | **Internet domain names and websites** **Seven (7) internet domain names** | **Unknown** | **N/A** | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** **Fansteel, Inc. - based on prior 2003 bankruptcy, amortized over 10 years in 2014, per auditors** | **Unknown** | **Tax records** | **$9,455,407.00** |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$9,455,407.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☑ No
☐ Yes

| Debtor | **Fansteel, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Net Operating Loss Carryforward**      Tax year **2004-2012** | **$8,972,680.00** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Potential cause of action against Fifth Third Bank for Lender Liability** | **Unknown** |
| | **Nature of claim**<br>**Amount requested**          **$0.00** | |
| | **Potential cause of action against TerraMar Capital LLC for breach of Non-Disclosure Agreement** | **Unknown** |
| | **Nature of claim**<br>**Amount requested**          **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$8,972,680.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $716,952.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,148,660.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,069,095.06 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $36,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,083,109.50 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $401,325.68 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,175,183.23 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $849,559.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $9,455,407.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $8,972,680.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $32,058,413.19 | + 91b. $849,559.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $32,907,972.19 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Fansteel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **510 Ocean Drive Debt Acquistion, LLC**<br>Creditor's Name<br>**Attn: Brian Cassady**<br>**510 Ocean Drive, #501**<br>**Miami Beach, FL 33139**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Machinery & Equipment** | **$6,139,713.83** | **Unknown** |

Creditor's email address, if known

Date debt was incurred
**2009**

Last 4 digits of account number

**Describe the lien**
**Consensual lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Actuant Corporation**<br>Creditor's Name<br>**N86 W12500 Westbrook Crossing**<br>**Menomonee Falls, WI 53051**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Commercial/Industrial real estate and buildings at 1739 Commerce Rd., Creston, IA** | **Unknown** | **Unknown** |

Creditor's email address, if known

Date debt was incurred
**2/5/14**

Last 4 digits of account number

**Describe the lien**
**Commerial Property Lease Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor **Fansteel, Inc.**

Name                  Case number (if know)

☐ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 | **AIM Nationalease** | Describe debtor's property that is subject to a lien | $1,245.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**4944 Belmonth Ave, Suite 301**
**Youngstown, OH 44505**

Creditor's mailing address

**2014 Freightliner Truck**

**Describe the lien**
**Lease Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/9/2013**

**Last 4 digits of account number**
**2818**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **AIM Nationalease** | Describe debtor's property that is subject to a lien | $1,122.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**4944 Belmonth Ave, Suite 301**
**Youngstown, OH 44505**

Creditor's mailing address

**2016 International Truck**

**Describe the lien**
**Lease Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/1/2015**

**Last 4 digits of account number**
**2961**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Atek** | Describe debtor's property that is subject to a lien | $6,529,918.74 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**10025 Valley View Rd.**
**Eden Prairie, MN 55344**

Creditor's mailing address

**Describe the lien**
**Judgment**

Is the creditor an insider or related party?

☐ No

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Fansteel, Inc.**
_____
Name                                                  Case number (if know) _____

_____
Creditor's email address, if known        ■ Yes

**Date debt was incurred**                  Is anyone else liable on this claim?

                                            ■ No
**Last 4 digits of account number**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an              As of the petition filing date, the claim is:
interest in the same property?**            Check all that apply
■ No
☐ Yes. Specify each creditor,              ☐ Contingent
including this creditor and its relative     ☐ Unliquidated
priority.                                    ☐ Disputed

---

| 2.6 | **Fifth Third Leasing Co.** | Describe debtor's property that is subject to a lien | $3,926.59 | Unknown |

Creditor's Name                              **200 Ton Upright Sizing Press**

**PO Box 630756
Cincinnati, OH 45263-0756**
_____
Creditor's mailing address                  Describe the lien
                                            **Lease Agreement**
                                            Is the creditor an insider or related party?
                                            ■ No
_____            ☐ Yes
Creditor's email address, if known          Is anyone else liable on this claim?

                                            ■ No
**Date debt was incurred**                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**1/27/07**
**Last 4 digits of account number**

**Do multiple creditors have an              As of the petition filing date, the claim is:
interest in the same property?**            Check all that apply
■ No
☐ Yes. Specify each creditor,              ☐ Contingent
including this creditor and its relative     ☐ Unliquidated
priority.                                    ☐ Disputed

---

| 2.7 | **IP3 North America, LLC** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |

Creditor's Name

**821 Mason St
San Francisco, CA 94108**
_____
Creditor's mailing address                  Describe the lien
                                            **Consensual lien**
                                            Is the creditor an insider or related party?
                                            ■ No
_____            ☐ Yes
Creditor's email address, if known          Is anyone else liable on this claim?

                                            ■ No
**Date debt was incurred**                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an              As of the petition filing date, the claim is:
interest in the same property?**            Check all that apply
■ No
☐ Yes. Specify each creditor,              ☐ Contingent
including this creditor and its relative     ☐ Unliquidated
priority.                                    ☐ Disputed

---

| 2.8 | **McAllen Foreign - Trade Zone** | Describe debtor's property that is subject to a lien | $2,650.00 | Unknown |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Fansteel, Inc.**
_____
Name

Case number (if know) _____

Creditor's Name
**One SW Industrial Plaza**
**6401 S 33rd St.**
**McAllen, TX 78503**
Creditor's mailing address

**Warehouse building "N", 3600 Formosa,**
**McAllen, TX**

**Describe the lien**
**Lease Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **TCTM Financial FS, LLC** | **Describe debtor's property that is subject to a lien** | **$25,000,000.00** | **$50,000,000.00** |
|---|---|---|---|---|

Creditor's Name
**Attn: Mr. Joshua K. Philips**
**11990 San Vicente Blvd.**
**Suite 200**
**Los Angeles, CA 90049**
Creditor's mailing address

**Inventory and Accounts Receivable**

**Describe the lien**
**Senior Secured Lender**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/1/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **Xerox Corporation** | **Describe debtor's property that is subject to a lien** | **$122.74** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**PO Box 660501**
**Dallas, TX 75266-0501**
Creditor's mailing address

**KyoceraKm-3035**

**Describe the lien**
**Lease Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/16/15**
**Last 4 digits of account number**
**353T**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 5

| Debtor | **Fansteel, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $37,778,698.90 |
|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Danek Freeman, Esq.**<br>**Weil, Gotshal & Manges LLP**<br>**767 Fifth Ave**<br>**New York, NY 10153** | Line **2.9** | |
| **Jill Frizzley, Esq.**<br>**Weil, Gotshal & Magnes LLP**<br>**767 Fifth Ave**<br>**New York, NY 10153** | Line **2.9** | |
| **Justin D. Lee, Esq.**<br>**Weil, Gotshal & Manges LLP**<br>**767 Fifth Ave**<br>**New York, NY 10153** | Line **2.9** | |
| **Ray C. Schrock, Esq. P.C.**<br>**Weil, Gotshal & Manges LLP**<br>**767 Fifth Ave**<br>**New York, NY 10153** | Line **2.9** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name __**Fansteel, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF IOWA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$67,388.79** | **$0.00** |
| | **R Michele Brown**<br>**PO Box 141**<br>**Emporium, PA 15834** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $180.08 | $0.00 |
| | **Illinois State Treasurer**<br>**Il Workers' Compensation**<br>**Commission**<br>**100 W. Randolph St., Suite 8-130**<br>**Chicago, IL 60601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

| Debtor | Fansteel, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.43**

A.J. Kautz & Son
213 E 3rd St.
Emporium, PA 15834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$382.56**

AAA Cooper Transportation
PO Box 102442
Atlanta, GA 30368-2442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,344.80**

ABQC Corporation
1602 South 1st St.
Milwaukee, WI 53204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,192.80**

Abrasive Wheels, Inc.
17841 E. Valley Blvd
La Puente, CA 91744-5787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,846.89**

Accu-Grind
451 Center St.
Johnsonburg, PA 15845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93.96**

Adtech Tool Engineering
13620 Cimarron Ave
Gardena, CA 90249-2459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.90**

Advanced Disposal
Greentree Landfill, LLC-L2
635 Toby Rd.
Kersey, PA 15846

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Fansteel, Inc. | Case number (if known) | |
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,287.58 |
|---|---|---|---|
| | **Advanced Heat Treating, Inc.** | ☐ Contingent | |
| | **1059 Trout Run Rd,** | ☐ Unliquidated | |
| | **Saint Marys, PA 15857** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,365.90 |
|---|---|---|---|
| | **Advanced Metal Powders** | ☐ Contingent | |
| | **44 Spleen Rd** | ☐ Unliquidated | |
| | **Ridgway, PA 15853** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,453.08 |
|---|---|---|---|
| | **Airgas USA, LLC** | ☐ Contingent | |
| | **PO Box 802576** | ☐ Unliquidated | |
| | **Chicago, IL 60680-2576** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.72 |
|---|---|---|---|
| | **Alliance Express** | ☐ Contingent | |
| | **8872 Fallbrook Dr.** | ☐ Unliquidated | |
| | **Houston, TX 77064** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,802.39 |
|---|---|---|---|
| | **Alliant Energy** | ☐ Contingent | |
| | **PO Box 3066** | ☐ Unliquidated | |
| | **Cedar Rapids, IA 52406-3066** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,829.75 |
|---|---|---|---|
| | **Alloyweld Inspection Co.** | ☐ Contingent | |
| | **796 Maple Lane** | ☐ Unliquidated | |
| | **Bensenville, IL 60106** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $952.01 |
|---|---|---|---|
| | **American Industrial Felt & Supply** | ☐ Contingent | |
| | **450 Industrial Blvd.** | ☐ Unliquidated | |
| | **New Kensington, PA 15068** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Fansteel, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,830.00**

**Ametek**
**Specialty Metal Products Division**
**PO Box 427**
**Eighty Four, PA 15330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$174.00**

**Analytical Services, Inc.**
**PO Box 237**
**Brockway, PA 15824-0237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$983.18**

**Andantex**
**1705 Valley Rd**
**Wanamassa, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,587.07**

**ARC Metals Corporation**
**224 River Rd.**
**PO Box 372**
**Ridgway, PA 15853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Powdered metal manufacturer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$148.40**

**Archives Management Warehouse**
**4671 Route 219**
**PO Box 215**
**Brockport, PA 15823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$205.95**

**ASI Datamyte, Inc.**
**2800 Campus Drive, Suite 60**
**Minneapolis, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$562.96**

**Aspen Waste Systems**
**2951 Weeks Ave SE**
**Minneapolis, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Fansteel, Inc. | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,062.70 |
|---|---|---|---|

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.55 |
|---|---|---|---|

**Automation Continuum Inc.**
**1411 Wynnfield Dr.**
**Algonquin, IL 60102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,401.83 |
|---|---|---|---|

**Avis Rent A Car System, Inc**
**7876 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,963.66 |
|---|---|---|---|

**Avnet Inc**
**8700 S. Price Rd.**
**Tempe, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,715.00 |
|---|---|---|---|

**B&B Tool & Die Subsidiary**
**Gerg Tool & Die, Inc.**
**5878 Beechwood Rd**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,786.00 |
|---|---|---|---|

**B&L Information Systems**
**4707 Rambo Rd.**
**Bridgman, MI 49106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
|---|---|---|---|

**B&R Tool & Die, Inc.**
**214 S. Broad St.**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Fansteel, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Baker Electric**
**111 Jackson Ave**
**Des Moines, IA 50315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,653.94 |
|---|---|---|---|

**Bingham McCutchen LLP**
**PO Box 3486**
**Boston, MA 02241-3486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.00 |
|---|---|---|---|

**Black & White Business Solutions, LLC**
**PO Box L**
**Brockway, PA 15824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,500.00 |
|---|---|---|---|

**Black Management Advisors**
**510 Ocean Dr., Suite 501**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Directors Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,698.32 |
|---|---|---|---|

**Bluewater Thermal Service**
**Lockbox No. 7125377**
**PO Box 712537**
**Cincinnati, OH 45271-2537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,537.00 |
|---|---|---|---|

**BNA**
**3 Bethesda Metro Center**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,008.04 |
|---|---|---|---|

**Bodycote Thermal Processing**
**2005 Montgomery St.**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Provider of heat treatment services for metals and alloys**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | | |
|---|---|---|---|
| | Name | | Case number (if known) |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$169,271.20** |
|---|---|---|---|

**Bose McKinney & Evans LLP**
**11 Monument Circle, Suite 2700**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Legal Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,349.92** |
|---|---|---|---|

**Bristal Metal Products, Inc**
**3000 Lebanon Church Rd. Suite 108**
**West Mifflin, PA 15122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$370,000.00** |
|---|---|---|---|

**Broderick &  Associates**
**5145 Plantation Dr.**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Commissions__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Brown Winick Graves Gross**
**666 Grand Ave, Suite 2000**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$549.60** |
|---|---|---|---|

**C&H Distributors, LLC**
**770 S 70th St.**
**PO Box 14770**
**Milwaukee, WI 53214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,845.16** |
|---|---|---|---|

**Cacheaux Cavazos & Newton**
**333 Convent St.**
**San Antonio, TX 78205-1348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,650.70** |
|---|---|---|---|

**Cachequc, Cavazos & Newton**
**333 Convent St.**
**San Antonio, TX 78205-1348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    **Fansteel, Inc.**

_____

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,494.48 |

**Camco Diversified, Inc.**
**431 Curry Ave**
**Saint Marys, PA 15857**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Cameron County Chamber of Commerce**
**34 E. 4th St.**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $164.00 |

**Cameron County Echo**
**PO Box 308**
**300 S. Broad St.**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,912.00 |

**Canfield & Joseph, Inc.**
**830 Armourdale Pkwy**
**Kansas City, KS 66105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,638.80 |

**Carlson Building Services**
**4111 Mackenzie Court NE, Suite 100**
**Saint Michael, MN 55376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $131,409.85 |

**Casting Services of WI CO**
**304-F N Chicago Ave.**
**PO Box 404**
**South Milwaukee, WI 53172-0404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Casting services/Foundry technology services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,758.57 |

**Central Transport**
**PO Box 33299**
**Detroit, MI 48232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fansteel, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,880.16 |
|---|---|---|---|

**Cepeda's Parts & Equipment**
1834 Fallow Run
San Antonio, TX 78248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**Chandler Industries, Inc**
1654 N. 9th St.
Montevideo, MN 56265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,428.32 |
|---|---|---|---|

**Chartis/National Union Fire Insurance Co**
PO Box 35657
Newark, NJ 07193-5657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,043.02 |
|---|---|---|---|

**Clausen Miller PC**
10 S. LaSalle
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __legal services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $954.65 |
|---|---|---|---|

**Clearfield Wholesale Paper Co.**
923 S. 4th St.
PO Box 166
Clearfield, PA 16830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,250.00 |
|---|---|---|---|

**Coface North America**
**Credit Insurance Department**
1035 W Lake St. Suite 201
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,400.00 |
|---|---|---|---|

**Colors of the Earth**
**Attn: Martin Wentzel**
260 W. 54th St. APT 41J
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Fansteel, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71,377.18**

Comseco, Inc.
141 Sterling Dr.
Mocksville, NC 27028-1918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$107,193.24**

Concord Financial Advisor
One south Dearborn, Suite 2100
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Financial advisors__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$308.86**

The Conference Group, LLC
254 Chapman Rd.
Topkis Guilding Suite 200
Newark, DE 19702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$248.58**

Congress Tools, Inc.
51 Great Hill Rd.
PO Box 1009
Naugatuck, CT 06770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$79.24**

Consolidated Metal Technology
800 N. Georgetown St.
Round Rock, TX 78664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,370.19**

Credit Mediators Inc
PO Box 456
Upper Darby, PA 19082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.86**

Creston Municipal Utilities
PO Box 405
Creston, IA 50801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Fansteel, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,844.88** |
|---|---|---|---|

**Cronimet Specialty Metals**
**PO Box 399**
**40 Council Ave**
**Wheatland, PA 16161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,077.75** |
|---|---|---|---|

**CTM Global Logistics**
**973 North Shadeland Ave Suite 297**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,308.99** |
|---|---|---|---|

**Delta Dental of Iowa**
**ASC Building**
**PO Box 5044**
**Des Moines, IA 50305-5044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,933.51** |
|---|---|---|---|

**Diamond Industrial Supply Co.**
**302 E. 4th St.**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$310.63** |
|---|---|---|---|

**Diamond Toll & Abrasive Inc.**
**39W207 Highland Ave**
**Elgin, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$910.00** |
|---|---|---|---|

**Dietech Tool & Die, Inc.**
**425 W. Theresia Rd.**
**Saint Marys, PA 15857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$212.03** |
|---|---|---|---|

**DIP Seal Inc.**
**2311 23rd Ave**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fansteel, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,632.18**

**Direct Energy Business**
PO Box 32179
New York, NY 10087-2179

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86.31**

**Dr. David G. Sanderson D. P. M.**
238 Chestnut St.
Saint Marys, PA 15857

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,271.32**

**DRV Incorporated**
One DRV Drive
Pittsburgh, PA 15221

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,076.31**

**DXP Enterprises, Inc.**
2050 Delaware Ave
Des Moines, IA 50317-6394

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$236.70**

**EFCO Finishing Corp.**
5139 N. 124th St.
Butler, WI 53007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,097.91**

**Elk County Industries**
27 Gillis Ave
Ridgway, PA 15853

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,380.00**

**Elk County Machining**
177 West Creek Rd.
Saint Marys, PA 15857

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fansteel, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.00 |
|---|---|---|---|

**Elk Regional Health Center**
**763 Johnsonburg Rd.**
**Saint Marys, PA 15857**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $301.30 |
|---|---|---|---|

**Emporium Borough**
**421 N. Broad St.**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.50 |
|---|---|---|---|

**Emporium Secondaries, Inc.**
**11769 Route 120**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.83 |
|---|---|---|---|

**Emporium Water Company**
**174 Nickler Rd.**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158,214.93 |
|---|---|---|---|

**Faegre Baker Daniels LLP**
**PO Box 664091**
**Indianapolis, IN 46266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** legal services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,421.73 |
|---|---|---|---|

**Fairview Health Service**
**PO Box 9358**
**Minneapolis, MN 55440-9358**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.01 |
|---|---|---|---|

**Fedex**
**PO Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fansteel, Inc. | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.28 |
|---|---|---|---|

**Fedex Freight**
**2200 Forward Dr.**
**Harrison, AR 72602-0840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.08 |
|---|---|---|---|

**Ferrell Gas**
**7255 W. Highway 10**
**Anoka, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,086.69 |
|---|---|---|---|

**Fidelity Security Life**
**Avesis 3rd Party Admin, Inc.**
**Attn: Accounts Receivable**
**PO Box 52718**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,521.60 |
|---|---|---|---|

**Flat Iron Capital**
**950 17th St., suite 1300**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.87 |
|---|---|---|---|

**Freightquote.com**
**16025 W. 113th St.**
**Lenexa, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,365.56 |
|---|---|---|---|

**Fruth, Jamison, & Elsass**
**3902 IDS Center**
**80 S. 3rd St.**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,745.32 |
|---|---|---|---|

**G.D.C., Inc.**
**PO Box 1509**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fansteel, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known) |

---

**3.92**

**Nonpriority creditor's name and mailing address**
**General Pallet**
**701 County Rd. 7SW**
**Howard Lake, MN 55349**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Geocorp, Inc.**
**9010 River Rd.**
**Huron, OH 44839**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$967.57**

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Getzler Henrich & Associates**
**295 Madison Ave, 20th Floor**
**New York, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$28,660.30**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Gilbert Mediation Center**
**12700 Anderson Lakes Parkway**
**Eden Prairie, MN 55344-7652**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,879.12**

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Global Equipment Company**
**PO Box 905713**
**Charlotte, NC 28290-5713**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,178.17**

---

**3.97**

**Nonpriority creditor's name and mailing address**
**GM Equipment Corporation**
**1229 Million Dollar Highway**
**Kersey, PA 15846**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,509.30**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Gordon & Ree LLP**
**1111 Broadway, Suite 1700**
**Oakland, CA 94607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? ■ No ☐ Yes

**$48,420.18**

---

| Debtor | Fansteel, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.22 |
|---|---|---|---|

**Grainger**
**201 Freedom Dr.**
**Roanoke, TX 76262-3320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.91 |
|---|---|---|---|

**Grainger**
**5959 W. Howard St.**
**Niles, IL 60714-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,161.94 |
|---|---|---|---|

**Greenberg Traurig, P.A.**
**333 SE 2nd Ave, Suite 4400**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.75 |
|---|---|---|---|

**GXS**
**PO Box 640371**
**Pittsburgh, PA 15264-0371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,125.00 |
|---|---|---|---|

**H. Kramer & Co.**
**1339-1345 W. 21st St.**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,235.00 |
|---|---|---|---|

**H.L. Blachford, LTD**
**2323 Royal Windsor Dr.**
**Mississauga, Ontario**
**Canada L5J1K5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,242.88 |
|---|---|---|---|

**The Hartford**
**Group  Benefits Division**
**PO Box 8500-3690**
**Philadelphia, PA 19178-3690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fansteel, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,920.23**

**HCC Life Insurance Company**
**PO Box 402032**
**Atlanta, GA 30384-2032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Life Insurance provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,898.00**

**Health Management Systems**
**355 Quartermaster Court**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00**

**Helmel Engineering Products, Inc.**
**6520 Lockport Rd.**
**Niagara Falls, NY 14305-3597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,632.14**

**Hoeganaes Corporation**
**PO Box 2585**
**Carol Stream, IL 60132-2585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,733.25**

**Houlihan Lokey Capital Inc**
**Accounts Receivable Dept**
**10250 Constellation Blvd, 5th Floor**
**Los Angeles, CA 90067-6802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,650.00**

**Independent Tool & Mold**
**41 W. Industrial Drive**
**O Fallon, MO 63366-1926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$767.14**

**INDUS-Sales, Inc.**
**PO Box 106**
**1062 Johnsonburg Rd.**
**Saint Marys, PA 15857-0106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fansteel, Inc.** | |
|---|---|---|
| | Name | Case number (if known) |

---

**3.113** | Nonpriority creditor's name and mailing address

**Instron**
**825 University Ave**
**Norwood, MA 02062-2643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,347.88**

---

**3.114** | Nonpriority creditor's name and mailing address

**INTEK Systems, Inc.**
**Dept 116246**
**PO Box 5211**
**Binghamton, NY 13902-5211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$458.65**

---

**3.115** | Nonpriority creditor's name and mailing address

**Interactive Health Solutions**
**3800 North Wilke Rd. Suite 155**
**Arlington Heights, IL 60004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,050.00**

---

**3.116** | Nonpriority creditor's name and mailing address

**Internal Med Consultants**
**1700 W. townline St. Suite 1700**
**Creston, IA 50801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$266.00**

---

**3.117** | Nonpriority creditor's name and mailing address

**ION Technologies, Inc.**
**324 Servidea Dr.**
**PO Box 110**
**Ridgway, PA 15853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.10**

---

**3.118** | Nonpriority creditor's name and mailing address

**IPS Ceramics, LTD**
**Unit 6**
**High Carr Business park**
**New Castle**
**United Kingdom, ST57UH**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,014.00**

---

**3.119** | Nonpriority creditor's name and mailing address

**Iron Mountain**
**PO Box 27128**
**New York, NY 10087-7128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,847.72**

---

| Debtor | **Fansteel, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,045.20** |
|---|---|---|---|

**J Krupa Company, Inc.**
**419 E. Eric Avenue Extension**
**P.O. Box 971**
**Saint Marys, PA 15857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,440.99** |
|---|---|---|---|

**J M Delullo Stone Sales**
**1247 Million Dollar Highway**
**Kersey, PA 15846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97.64** |
|---|---|---|---|

**James B. Schwab Company, Inc**
**223 W. Main St.**
**Falconer, NY 14733-0006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Jay Allen Chaffee, Esq.**
**Attorney at Law**
**712 Main St. Suite 1700**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,109.18** |
|---|---|---|---|

**Kanawha Scales & Systems**
**579-A Parkway**
**Monongahela, PA 15063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40.00** |
|---|---|---|---|

**Kennedy Vision Center**
**10600 Old County Rd. 15**
**Minneapolis, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$718.61** |
|---|---|---|---|

**Keystone Diversified Pipe Supply**
**114 Stackpole St.**
**Saint Marys, PA 15857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fansteel, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.00 |
|---|---|---|---|

**Kiesling Associates, LLP**
**7780 Office Plaza Dr. S, Suite 184**
**West Des Moines, IA 50266-2337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,831.31 |
|---|---|---|---|

**Kolene Corporation**
**12890 Westwood St.**
**Detroit, MI 48223-3436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,350.00 |
|---|---|---|---|

**KS&C Industries, LLP**
**2750 S. Hanley Rd**
**Saint Louis, MO 63143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.22 |
|---|---|---|---|

**L&M Pro Hardware Store**
**923 Sizerville Rd.**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.21 |
|---|---|---|---|

**Laser Lux**
**PO Box 814**
**Mercedes, TX 78570-0814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,462.40 |
|---|---|---|---|

**Lean Horizons Consulting**
**PO Box 1034**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,511.40 |
|---|---|---|---|

**Leco Corporation**
**PO Box 8790**
**Benton Harbor, MI 49023-8790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Fansteel, Inc. | | |
| --- | --- | --- | --- |
| | Name | Case number (if known) | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
| --- | --- | --- | --- |

**Lenze Electric Service**
**437 Emerald Rd.**
**Saint Marys, PA 15857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
| --- | --- | --- | --- |

**Lifetech Equipment Companies**
**6847 Ellicott Dr.**
**East Syracuse, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $916.92 |
| --- | --- | --- | --- |

**Liftech/ED Farrel**
**1225 E. 2nd St.**
**Jamestown, NY 14701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,077.32 |
| --- | --- | --- | --- |

**Linde, LLC**
**575 Mountain Ave**
**PO Box 1047**
**New Providence, NJ 07974-2097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Gas and engineering services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.00 |
| --- | --- | --- | --- |

**Link Industrial**
**PO Box 1783**
**Pharr, TX 78577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,860.44 |
| --- | --- | --- | --- |

**Locke-Brothers Inc.**
**2525 North 124 Suite 220**
**Brookfield, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.60 |
| --- | --- | --- | --- |

**LPS International**
**375 Staunton**
**PO Box 6133**
**Brownsville, TX 78523-6133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fansteel, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
|---|---|---|---|

**M & S Tooling, Inc.**
**455 County Rd. 3250**
**Emory, TX 75440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,326.08 |
|---|---|---|---|

**M Argueso & Company, Inc.**
**2628 River Ave**
**Rosemead, CA 91770-3395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wax Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,157.95 |
|---|---|---|---|

**Maslon Edelman Borman & Brand**
**3300 Wells Fargo Center**
**90 South 7th St.**
**Minneapolis, MN 55402-4140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.10 |
|---|---|---|---|

**Matheson Tri-Gas DBA Valley**
**1225 Brussells St.**
**Saint Marys, PA 15857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,873.71 |
|---|---|---|---|

**McAllen Foreign - Trade Zone**
**One SW Industrial Plaza**
**604 S. 33rd St.**
**McAllen, TX 78503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,030.00 |
|---|---|---|---|

**McDermott Will & Emery**
**227 W. Monroe St. Suite 4400**
**Chicago, IL 60606-5096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,712.10 |
|---|---|---|---|

**McMaster-Carr Supply Company**
**PO Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fansteel, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,730.89 |
|---|---|---|---|

**McMaster-Carr Supply Company**
**PO Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.74 |
|---|---|---|---|

**Mid-Cameron Authority**
**421 N. Broad St.**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,677.67 |
|---|---|---|---|

**Midwest Maintenance & Mechanical**
**710 Pennsylvania Ave S., Suite B**
**Minneapolis, MN 55426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Million Dollar Machining, Inc.**
**Million Dollar Highway**
**PO Box 762**
**Saint Marys, PA 15857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**MLS Freight Logistics**
**1802 S Expressway 281**
**Edinburg, TX 78542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $979.24 |
|---|---|---|---|

**MS Jacobs & Associates, Inc.**
**810 Noblestown Rd.**
**Pittsburgh, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.24 |
|---|---|---|---|

**MX Industrial Distributor**
**181 Railroad Dr.**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | |
|---|---|---|
| | Name | |
| | | Case number (if known) |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,292.64** |
|---|---|---|---|

**Nalco Company**
PO Box 70716
Chicago, IL 60673-0716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**National Corporate Research**
10 E. 40th St.
10th Floor
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,152.00** |
|---|---|---|---|

**Nu-Co Tool, Inc.**
7310 N. Liberty
Edinburg, TX 78541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$449.55** |
|---|---|---|---|

**Oxygen Service Co Inc.**
1111 Pierce Butler Rte
Saint Paul, MN 55104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Paradigm Productions, Inc.**
2500 E. Devon Ave, First Floor
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,931.84** |
|---|---|---|---|

**Paragon Acquisitions LLC**
PO Box 430
Ashtabula, OH 44005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,650.75** |
|---|---|---|---|

**Paris Uniform Rental & Supply**
67 Hoover Ave
PO Box 1043
Du Bois, PA 15801-1043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,085.10** |
|---|---|---|---|

**Penn Pallet**
675 Fillmore Rd.
Saint Marys, PA 15857

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$513.45** |
|---|---|---|---|

**Pennsylvania Controls**
119 W. Pike St. Suite 3
Houston, PA 15342

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Pennsylvania One Call System, Inc.**
PO Box 641121
Pittsburgh, PA 15264-1121

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$648.20** |
|---|---|---|---|

**Pennsylvania SCDU**
PO Box 69112
Harrisburg, PA 17106-9112

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$970.00** |
|---|---|---|---|

**Perez Services, Inc.**
125 Electronics Blvd. Suite L3
Huntsville, AL 35824

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00** |
|---|---|---|---|

**Pioneer Metal Finishing**
1717 West River Road North
Minneapolis, MN 55411

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _scrap metal recycling, Foundry, Melt Stock_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,797.22** |
|---|---|---|---|

**Pioneer Metal Solutions**
4031 Bronze Way
Dallas, TX 75237

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fansteel, Inc.** | |
|---|---|---|
| | Name | |
| | | Case number (if known) |

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$951.16** |
|---|---|---|---|
| | **Power Drives, Inc.**<br>**3003 Pittsburgh Ave**<br>**Erie, PA 16508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,202.39** |
|---|---|---|---|
| | **Premier Asset Recovery Group**<br>**77 East Palatine Rd.**<br>**Prospect Heights, IL 60070-1811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,875.00** |
|---|---|---|---|
| | **Prism Industrial LLC**<br>**c/o Curtis J. Zamec, II**<br>**1470 Cherry Place**<br>**Mound, MN 55364** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|
| | **Prochem Tech Interantional**<br>**51 Prochem Tech Drive**<br>**PO Box 214**<br>**Brockway, PA 15824** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,112.89** |
|---|---|---|---|
| | **Product Assurance Services, Inc.**<br>**328 State St.**<br>**Saint Marys, PA 15857** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,631.62** |
|---|---|---|---|
| | **Productivity, Inc.**<br>**13435 "A" ST.**<br>**Omaha, NE 68144-3665** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330.00** |
|---|---|---|---|
| | **Prolink Incorporated**<br>**148 Eastern Blvd.**<br>**Glastonbury, CT 06033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Fansteel, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $776.00 |
|---|---|---|---|

**Pyrotek**
**W228 N2792 DUPLAINVILLE RD**
**Waukesha, WI 53186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,060.00 |
|---|---|---|---|

**Quala-Die, Inc.**
**1250 Brusselles St.**
**Saint Marys, PA 15857-1902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,559.85 |
|---|---|---|---|

**Quality Metal Coatings, Inc,**
**122 Access Rd.**
**Saint Marys, PA 15857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $790.23 |
|---|---|---|---|

**Quickparts**
**301 Perrimeter Center North Suite 500**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,193.44 |
|---|---|---|---|

**Racoh Products, Inc.**
**1751 Rich Valley Rd.**
**PO Box 29**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,099.23 |
|---|---|---|---|

**Rebco, Inc.**
**650 Brandy Camp Rd.**
**Kersey, PA 15846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.72 |
|---|---|---|---|

**Reid's Napa**
**31 E. 4th St.**
**Emporium, PA 15834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fansteel, Inc.** | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* |

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,768.58** |
|---|---|---|---|

**Remet Pic, Inc.**
**210 Commons Rd.**
**Utica, NY 13502-6395**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,996.00** |
|---|---|---|---|

**Rio Tinto**
**100 W. 33rd St.**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,364.00** |
|---|---|---|---|

**Rosenquist Construction**
**2514 24th Ave South**
**Minneapolis, MN 55406**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$732.50** |
|---|---|---|---|

**Roser Customs Service**
**400 East 13th St.**
**Brownsville, TX 78520**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,275.00** |
|---|---|---|---|

**Royal Metals**
**433 Continental Dr.**
**Maryville, TN 37804**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,098.32** |
|---|---|---|---|

**RR Donnelley**
**7810 Solution Center**
**Chicago, IL 60677-7008**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,371.75** |
|---|---|---|---|

**Safety-Kleen**
**5360 Legacy Dr.**
**Plano, TX 75024**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fansteel, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.190** Nonpriority creditor's name and mailing address
**Sandburg Oil Company, Inc.**
1641 Olean Portville Rd.
Olean, NY 14760-9504

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,463.58**

---

**3.191** Nonpriority creditor's name and mailing address
**SD&R**
219 Servidea Dr.
Ridgway, PA 15853

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$297.25**

---

**3.192** Nonpriority creditor's name and mailing address
**Simtec**
3663 Broadmoor SE
Grand Rapids, MI 49512

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,500.00**

---

**3.193** Nonpriority creditor's name and mailing address
**Sinterite Furnace Division**
Gasbarre Products, Inc.
310 State Rd.
Saint Marys, PA 15857

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

**3.194** Nonpriority creditor's name and mailing address
**Sistemas Industriales De Calidad**
Prol Miravalle N 791
Saltillo Coah
Mexico CP25260

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$462.00**

---

**3.195** Nonpriority creditor's name and mailing address
**Sonntag & Partner**
Schertlinstr. 23
86159 Augsburg
Germany

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,942.21**

---

**3.196** Nonpriority creditor's name and mailing address
**Spirit Services**
15801 Lockwood Rd.
Williamsport, MD 21795

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$92.50**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Fansteel, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

**3.197**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,387.67 |
|---|---|---|
| **St. Marys Box Company, Inc.**<br>**South St. Marys Road**<br>**PO Box 910**<br>**Saint Marys, PA 15857** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,006.90 |
|---|---|---|
| **St. Marys Metal Finishing, Inc.**<br>**1057 Trout Run Rd.**<br>**Saint Marys, PA 15857** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.199**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,542.01 |
|---|---|---|
| **Stevens & Lee Lawyers & Consultants**<br>**485 Madison Ave**<br>**20th Floor**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.200**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.40 |
|---|---|---|
| **Super 8 - Creston**<br>**804 W. Taylor St.**<br>**Creston, IA 50801-3534** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.201**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,967.82 |
|---|---|---|
| **Superior Machining, Inc.**<br>**317 Aspen Way**<br>**Du Bois, PA 15801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.202**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,555.00 |
|---|---|---|
| **Superior Tooling Technology**<br>**12027 Route 120**<br>**Emporium, PA 15834** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.203**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,909.60 |
|---|---|---|
| **Supertel Inn & Conference**<br>**800 Laurel St.**<br>**Creston, IA 50801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Fansteel, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.51 |
|---|---|---|---|

**Supply Innovations Company**
**200 Chihuahua St., Suite 100**
**San Antonio, TX 78207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,068.66 |
|---|---|---|---|

**Surface Preparation - Texas**
**6035 S Loop East**
**Houston, TX 77033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,357.50 |
|---|---|---|---|

**Synergetic Solutions Inc.**
**3890 Pheasant Ridge Dr. NE Suite 180**
**Minneapolis, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,010.00 |
|---|---|---|---|

**Talisman International**
**901 N. Glebe Rd. Suite 801**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.20 |
|---|---|---|---|

**The Tharpe Company, Inc.**
**PO Box 1719**
**Statesville, NC 28687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,771.00 |
|---|---|---|---|

**Tinius Olsen Testing Mach**
**1065 Easton Rd.**
**Horsham, PA 19044-8009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,109.50 |
|---|---|---|---|

**Toll Gas & Welding**
**3005 Niagara Lane**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Fansteel, Inc.**
_____
Name

Case number (if known) _____

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,120.00** |
|---|---|---|---|

**Traffic Tech Incorporated**
**1845 104th Ave Unit 131**
**Calgary, AB**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,672.00** |
|---|---|---|---|

**Trebol Florida, LLC**
**11400 New Berlin Rd.**
**Jacksonville, FL 32226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,864.68** |
|---|---|---|---|

**Trout Run Secondary**
**344 Depot St.**
**Saint Marys, PA 15857**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,282.27** |
|---|---|---|---|

**Trudell Trailers Minnesota**
**9600 71st St. NE**
**Albertville, MN 55301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.60** |
|---|---|---|---|

**Turret Steel Industries**
**105 Pine St.**
**Imperial, PA 15126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$356.49** |
|---|---|---|---|

**ULINE**
**2200 S. Lakeside Dr**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,236.60** |
|---|---|---|---|

**Unicorn HRO**
**25-0 Hanover Rd.**
**Florham Park, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Fansteel, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known) |

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,127.50** |
|---|---|---|---|
| | **Unum Life Insurance Co**<br>**PO Box 406834**<br>**Atlanta, GA 30384-6834** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,655.29** |
|---|---|---|---|
| | **V&D Drilling & Tapping**<br>**125 Neubert St. DN**<br>**Saint Marys, PA 15857** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$327,744.75** |
|---|---|---|---|
| | **Venable LLP**<br>**1270 Avenue of the Americas**<br>**Rockefeller center, 24th Floor**<br>**New York, NY 10020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Legal Services</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,939.29** |
|---|---|---|---|
| | **Venture Tech Sale & Services**<br>**801 E. Jackson Place**<br>**Broken Arrow, OK 74012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|
| | **Veritas Legal Services**<br>**Four Smithfield St.**<br>**10th Floor**<br>**Pittsburgh, PA 15222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.75** |
|---|---|---|---|
| | **Verizon Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002-5505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.00** |
|---|---|---|---|
| | **W&H Machine Shop, Inc.**<br>**1051 Trout Run Road**<br>**Saint Marys, PA 15857** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Fansteel, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$787.88**

**W.P. and R.S. Mars Company**
215 E. 78th St.
Minneapolis, MN 55420-1291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46,005.00**

**Weiss & Company LLP**
2700 Patriot Blvd, Suite 400
Glenview, IL 60026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$384,942.78**

**Wells Fargo Ins Services**
Lockbox 203312 - MN Bloomington
PO Box 203312
Dallas, TX 75320-3312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,293.19**

**Whitesell Corporation**
2703 E. Avalon Ave
PO Box 2570
Muscle Shoals, AL 35662-2570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,263.84**

**Windstream**
Attn: Support Services
1720 Galleria Blvd.
Charlotte, NC 28270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,275.87**

**Woodside Capital**
Attn: Daphne J. Firthet
444 Washington St.
Woburn, MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,260.00**

**Wright Tool & Die**
4829 Prime Parkway
McHenry, IL 60050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fansteel, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$560.24** |
|---|---|---|---|
| | **Xerox Corporation**<br>**PO Box 660501**<br>**Dallas, TX 75266-0501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,697.01** |
|---|---|---|---|
| | **XPO Logistics-Less-Than-Truckload**<br>**PO Box 5160**<br>**Portland, OR 97208-5160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$465.40** |
|---|---|---|---|
| | **YRC**<br>**3500 N. McColl**<br>**McAllen, TX 78501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.89** |
|---|---|---|---|
| | **Zee Medical Service Buffa**<br>**PO Box 1647**<br>**Williamsville, NY 14231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 67,568.87 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,128,006.84 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,195,575.71 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fansteel, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Building located at 1739 Commerce Road, Creston, Iowa** | |
| State the term remaining | **2 years** | |
| List the contract number of any government contract | | **Actuant Corporation**<br>**N86 W12500 Westbrook Crossing**<br>**Menomonee Falls, WI 53051** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **2014 Freightliner Truck** | |
| State the term remaining | **4 years** | |
| List the contract number of any government contract | | **AIM National Lease**<br>**4944 Belmonth Ave Suite 301**<br>**Youngstown, OH 44505** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **2016 International Truck** | |
| State the term remaining | **6 years** | |
| List the contract number of any government contract | | **AIM National Lease**<br>**4944 Belmonth Ave Suite 301**<br>**Youngstown, OH 44505** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **200 Ton Upright Sizing Press** | |
| State the term remaining | **Perpetual** | |
| List the contract number of any government contract | | **Fifth Third Leasing Company**<br>**PO Box 630756**<br>**Cincinnati, OH 45263-0756** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1    **Fansteel, Inc.**

First Name                    Middle Name                    Last Name                                    Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest          **Warehouse building "N", 3600 Formosa, McAllen, TX**

State the term remaining          **11 months**

List the contract number of any government contract                                          **McAllen Foreign Trade Zone, Inc.**
**6401 S. 33rd St.**
**McAllen, TX 78503**

2.6.    State what the contract or lease is for and the nature of the debtor's interest          **KyoceraKM-3035**

State the term remaining          **3 years**

List the contract number of any government contract                                          **Xerox Corporation**
**PO Box 660501**
**Dallas, TX 75266-0501**

| Fill in this information to identify the case: |
|---|

Debtor name   **Fansteel, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Wellman Dynamics Corporation** | | **TCTM Financial FS, LLC** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Wellman Dynamics Machining & Assembly** | | **TCTM Financial FS, LLC** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Fansteel, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ■ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Fansteel, Inc. | Case number *(if known)* | |

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

<hr>

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

<hr>

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

<hr>

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

<hr>

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Fansteel, Inc.**

Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bradshaw, Fowler, Proctor & Fairgrave**<br>**801 Grand Ave, Suite 3700**<br>**Des Moines, IA 50309** | N/A | **9/9/16** | **$80,000.00** |
| | **Email or website address**<br>**www.bradshawlaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**N/A** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor      Fansteel, Inc.                                                    Case number (if known) _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor **Fansteel, Inc.** _____ Case number _(if known)_ _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☐ No.
   ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Muskogee, Oklahoma** | **Nuclear Regulatory Commission** | | |
| **Creston, Iowa** | **Iowa Department of Public Health** | | |
| **Creston, Iowa** | **Iowa Department of Natural Resources** | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Wellman Dynamics Corporation**<br>**1746 Commerce Rd**<br>**Creston, IA 50801** | **Specialty metals manufacturing** | **EIN:** **36-31198501**<br><br>**From-To** |
| 25.2. **Wellman Dynamics Machining & Assembly**<br>**706 Willow Springs Lane**<br>**York, PA 17406** | **Specialty metals manufacturing** | **EIN:** **45-2914448**<br><br>**From-To** |

Debtor    **Fansteel, Inc.**                                                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.3.  **FMRI, Inc.** | | EIN:    20-0399577<br><br>From-To |
| 25.4.  **FDM Holdings, Inc.** | | EIN:    27-0077274<br><br>From-To |
| 25.5.  **Fansteel de Mexico** | | EIN:    N/A<br><br>From-To |
| 25.6.  **Fansteel ENA USA, Inc.** | | EIN:<br><br>From-To |

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|
| |

27. **Inventories**

    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No

    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian F. Cassady | 510 Ocean Drive, #501<br>Miami Beach, FL 33139-6616 | Director and Shareholder with 132 shares | 36.97 |

Debtor    Fansteel, Inc.                                                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leonard H. Levie | 250 Park Ave. New York, NY 10177 | Director and Shareholder with 45 shares | 12.06 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jim Mahoney | 1746 Commerce Rd Creston, IA 50801 | President and Chief Executive Officer | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert R. Compernolle | 5318 Mulford Skokie, IL 60077 | Vice President and Secretary | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Greenwich Investment Company LLC | One Harbor Point Road 1700 Old Greenwich, CT 06870 | Sharholder, 138 shares | 43.8 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Regen Capital I Inc. | 730 columbus Ave Apt 16F New York, NY 10025 | stock holder | 0.84% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph S. or Theresa L. Marranca | TR UA 10 22 93 Marranca Family Trust 3300 Donna Dr. Carlsbad, CA 92008 | Stock Holder | 0.84% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dr. Marcus Collardin | | Former Director | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Debtor    **Fansteel, Inc.**                                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Fansteel, Inc.**                                      Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 13, 2016**

**/s/ Jim Mahoney**                                    **Jim Mahoney**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Fansteel, Inc.**
_____
Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Leonard Levie | | | shares |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 13, 2016**
_____

Signature  **/s/ Jim Mahoney**
_____
**Jim Mahoney**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Iowa

In re    **Fansteel, Inc.**                                  Case No.

                                        Debtor(s)         Chapter    **11**

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the attached Master Address List (creditor matrix), consisting of   **20**   pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:    **September 13, 2016**               **/s/ Jim Mahoney**

                                            **Jim Mahoney**/**CEO**
                                            Signer/Title

VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

510 Ocean Drive Debt Acquistion, LLC
Attn: Brian Cassady
510 Ocean Drive, #501
Miami Beach, FL 33139

A.J. Kautz & Son
213 E 3rd St.
Emporium, PA 15834

AAA Cooper Transportation
PO Box 102442
Atlanta, GA 30368-2442

ABQC Corporation
1602 South 1st St.
Milwaukee, WI 53204

Abrasive Wheels, Inc.
17841 E. Valley Blvd
La Puente, CA 91744-5787

Accu-Grind
451 Center St.
Johnsonburg, PA 15845

Actuant Corporation
N86 W12500 Westbrook Crossing
Menomonee Falls, WI 53051

Adtech Tool Engineering
13620 Cimarron Ave
Gardena, CA 90249-2459

Advanced Disposal
Greentree Landfill, LLC-L2
635 Toby Rd.
Kersey, PA 15846

Advanced Heat Treating, Inc.
1059 Trout Run Rd,
Saint Marys, PA 15857

Advanced Metal Powders
44 Spleen Rd
Ridgway, PA 15853

AIM National Lease
4944 Belmonth Ave Suite 301
Youngstown, OH 44505

AIM Nationalease
4944 Belmonth Ave, Suite 301
Youngstown, OH 44505

Airgas USA, LLC
PO Box 802576
Chicago, IL 60680-2576

Alliance Express
8872 Fallbrook Dr.
Houston, TX 77064

Alliant Energy
PO Box 3066
Cedar Rapids, IA 52406-3066

Alloyweld Inspection Co.
796 Maple Lane
Bensenville, IL 60106

American Industrial Felt & Supply
450 Industrial Blvd.
New Kensington, PA 15068

Ametek
Specialty Metal Products Division
PO Box 427
Eighty Four, PA 15330

Analytical Services, Inc.
PO Box 237
Brockway, PA 15824-0237

Andantex
1705 Valley Rd
Wanamassa, NJ 07712

ARC Metals Corporation
224 River Rd.
PO Box 372
Ridgway, PA 15853

Archives Management Warehouse
4671 Route 219
PO Box 215
Brockport, PA 15823

ASI Datamyte, Inc.
2800 Campus Drive, Suite 60
Minneapolis, MN 55441

Aspen Waste Systems
2951 Weeks Ave SE
Minneapolis, MN 55414

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

Atek
10025 Valley View Rd.
Eden Prairie, MN 55344

Automation Continuum Inc.
1411 Wynnfield Dr.
Algonquin, IL 60102

Avis Rent A Car System, Inc
7876 Collections Center Dr.
Chicago, IL 60693

Avnet Inc
8700 S. Price Rd.
Tempe, AZ 85284

B&B Tool & Die Subsidiary
Gerg Tool & Die, Inc.
5878 Beechwood Rd
Emporium, PA 15834

B&L Information Systems
4707 Rambo Rd.
Bridgman, MI 49106

B&R Tool & Die, Inc.
214 S. Broad St.
Emporium, PA 15834

Baker Electric
111 Jackson Ave
Des Moines, IA 50315

Bingham McCutchen LLP
PO Box 3486
Boston, MA 02241-3486

Black & White Business Solutions, LLC
PO Box L
Brockway, PA 15824

Black Management Advisors
510 Ocean Dr., Suite 501
Miami Beach, FL 33139

Bluewater Thermal Service
Lockbox No. 7125377
PO Box 712537
Cincinnati, OH 45271-2537

BNA
3 Bethesda Metro Center
Bethesda, MD 20814

Bodycote Thermal Processing
2005 Montgomery St.
Fort Worth, TX 76107

Bose McKinney & Evans LLP
11 Monument Circle, Suite 2700
Indianapolis, IN 46204

Bristal Metal Products, Inc
3000 Lebanon Church Rd. Suite 108
West Mifflin, PA 15122

Broderick &  Associates
5145 Plantation Dr.
Indianapolis, IN 46250

Brown Winick Graves Gross
666 Grand Ave, Suite 2000
Des Moines, IA 50309

R Michele Brown
PO Box 141
Emporium, PA 15834

C&H Distributors, LLC
770 S 70th St.
PO Box 14770
Milwaukee, WI 53214

Cacheaux Cavazos & Newton
333 Convent St.
San Antonio, TX 78205-1348

Cachequc, Cavozos & Newton
333 Convent St.
San Antonio, TX 78205-1348

Camco Diversified, Inc.
431 Curry Ave
Saint Marys, PA 15857

Cameron County Chamber of Commerce
34 E. 4th St.
Emporium, PA 15834

Cameron County Echo
PO Box 308
300 S. Broad St.
Emporium, PA 15834

Canfield & Joseph, Inc.
830 Armourdale Pkwy
Kansas City, KS 66105

Carlson Building Services
4111 Mackenzie Court NE, Suite 100
Saint Michael, MN 55376

Casting Services of WI CO
304-F N Chicago Ave.
PO Box 404
South Milwaukee, WI 53172-0404

Central Transport
PO Box 33299
Detroit, MI 48232

Cepeda's Parts & Equipment
1834 Fallow Run
San Antonio, TX 78248

Chandler Industries, Inc
1654 N. 9th St.
Montevideo, MN 56265

Chartis/National Union Fire Insurance Co
PO Box 35657
Newark, NJ 07193-5657

Clausen Miller PC
10 S. LaSalle
Chicago, IL 60603

Clearfield Wholesale Paper Co.
923 S. 4th St.
PO Box 166
Clearfield, PA 16830

Coface North America
Credit Insurance Department
1035 W Lake St. Suite 201
Chicago, IL 60607

Colors of the Earth
Attn: Martin Wentzel
260 W. 54th St. APT 41J
New York, NY 10019

Comseco, Inc.
141 Sterling Dr.
Mocksville, NC 27028-1918

Concord Financial Advisor
One south Dearborn, Suite 2100
Chicago, IL 60603

The Conference Group, LLC
254 Chapman Rd.
Topkis Guilding Suite 200
Newark, DE 19702

Congress Tools, Inc.
51 Great Hill Rd.
PO Box 1009
Naugatuck, CT 06770

Consolidated Metal Technology
800 N. Georgetown St.
Round Rock, TX 78664

Credit Mediators Inc
PO Box 456
Upper Darby, PA 19082

Creston Municipal Utilities
PO Box 405
Creston, IA 50801

Cronimet Specialty Metals
PO Box 399
40 Council Ave
Wheatland, PA 16161

CTM Global Logistics
973 North Shadeland Ave Suite 297
Indianapolis, IN 46219

Danek Freeman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Ave
New York, NY 10153

Delta Dental of Iowa
ASC Building
PO Box 5044
Des Moines, IA 50305-5044

Diamond Industrial Supply Co.
302 E. 4th St.
Emporium, PA 15834

Diamond Toll & Abrasive Inc.
39W207 Highland Ave
Elgin, IL 60124

Dietech Tool & Die, Inc.
425 W. Theresia Rd.
Saint Marys, PA 15857

DIP Seal Inc.
2311 23rd Ave
Rockford, IL 61104

Direct Energy Business
PO Box 32179
New York, NY 10087-2179

Dr. David G. Sanderson D. P. M.
238 Chestnut St.
Saint Marys, PA 15857

DRV Incorporated
One DRV Drive
Pittsburgh, PA 15221

DXP Enterprises, Inc.
2050 Delaware Ave
Des Moines, IA 50317-6394

EFCO Finishing Corp.
5139 N. 124th St.
Butler, WI 53007

Elk County Industries
27 Gillis Ave
Ridgway, PA 15853

Elk County Machining
177 West Creek Rd.
Saint Marys, PA 15857

Elk Regional Health Center
763 Johnsonburg Rd.
Saint Marys, PA 15857

Emporium Borough
421 N. Broad St.
Emporium, PA 15834

Emporium Secondaries, Inc.
11769 Route 120
Emporium, PA 15834

Emporium Water Company
174 Nickler Rd.
Emporium, PA 15834

Faegre Baker Daniels LLP
PO Box 664091
Indianapolis, IN 46266

Fairview Health Service
PO Box 9358
Minneapolis, MN 55440-9358

Fedex
PO Box 94515
Palatine, IL 60094-4515

Fedex Freight
2200 Forward Dr.
Harrison, AR 72602-0840

Ferrell Gas
7255 W. Highway 10
Anoka, MN 55303

Fidelity Security Life
Avesis 3rd Party Admin, Inc.
Attn: Accounts Receivable
PO Box 52718
Phoenix, AZ 85072

Fifth Third Leasing Co.
PO Box 630756
Cincinnati, OH 45263-0756

Fifth Third Leasing Company
PO Box 630756
Cincinnati, OH 45263-0756

Flat Iron Capital
950 17th St., suite 1300
Denver, CO 80202

Freightquote.com
16025 W. 113th St.
Lenexa, KS 66219

Fruth, Jamison, & Elsass
3902 IDS Center
80 S. 3rd St.
Minneapolis, MN 55402

G.D.C., Inc.
PO Box 1509
Chino Hills, CA 91709

General Pallet
701 County Rd. 7SW
Howard Lake, MN 55349

Geocorp, Inc.
9010 River Rd.
Huron, OH 44839

Getzler Henrich & Associates
295 Madison Ave, 20th Floor
New York, NY 10017

Gilbert Mediation Center
12700 Anderson Lakes Parkway
Eden Prairie, MN 55344-7652

Global Equipment Company
PO Box 905713
Charlotte, NC 28290-5713

GM Equipment Corporation
1229 Million Dollar Highway
Kersey, PA 15846

Gordon & Ree LLP
1111 Broadway, Suite 1700
Oakland, CA 94607

Grainger
201 Freedom Dr.
Roanoke, TX 76262-3320

Grainger
5959 W. Howard St.
Niles, IL 60714-4014

Greenberg Traurig, P.A.
333 SE 2nd Ave, Suite 4400
Miami, FL 33131

GXS
PO Box 640371
Pittsburgh, PA 15264-0371

H. Kramer & Co.
1339-1345 W. 21st St.
Chicago, IL 60608

H.L. Blachford, LTD
2323 Royal Windsor Dr.
Mississauga, Ontario
Canada L5J1K5

The Hartford
Group Benefits Division
PO Box 8500-3690
Philadelphia, PA 19178-3690

HCC Life Insurance Company
PO Box 402032
Atlanta, GA 30384-2032

Health Management Systems
355 Quartermaster Court
Jeffersonville, IN 47130

Helmel Engineering Products, Inc.
6520 Lockport Rd.
Niagara Falls, NY 14305-3597

Hoeganaes Corporation
PO Box 2585
Carol Stream, IL 60132-2585

Houlihan Lokey Capital Inc
Accounts Receivable Dept
10250 Constellation Blvd, 5th Floor
Los Angeles, CA 90067-6802

Illinois State Treasurer
Il Workers' Compensation Commission
100 W. Randolph St., Suite 8-130
Chicago, IL 60601

Independent Tool & Mold
41 W. Industrial Drive
O Fallon, MO 63366-1926

INDUS-Sales, Inc.
PO Box 106
1062 Johnsonburg Rd.
Saint Marys, PA 15857-0106

Instron
825 University Ave
Norwood, MA 02062-2643

INTEK Systems, Inc.
Dept 116246
PO Box 5211
Binghamton, NY 13902-5211

Interactive Health Solutions
3800 North Wilke Rd. Suite 155
Arlington Heights, IL 60004

Internal Med Consultants
1700 W. townline St. Suite 1700
Creston, IA 50801

ION Technologies, Inc.
324 Servidea Dr.
PO Box 110
Ridgway, PA 15853

IP3 North America, LLC
821 Mason St
San Francisco, CA 94108

IPS Ceramics, LTD
Unit 6
High Carr Business park
New Castle
United Kingdom, ST57UH

Iron Mountain
PO Box 27128
New York, NY 10087-7128

J Krupa Company, Inc.
419 E. Eric Avenue Extension
P.O. Box 971
Saint Marys, PA 15857

J M Delullo Stone Sales
1247 Million Dollar Highway
Kersey, PA 15846

James B. Schwab Company, Inc
223 W. Main St.
Falconer, NY 14733-0006

Jay Allen Chaffee, Esq.
Attorney at Law
712 Main St. Suite 1700
Houston, TX 77002

Jill Frizzley, Esq.
Weil, Gotshal & Magnes LLP
767 Fifth Ave
New York, NY 10153

Justin D. Lee, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Ave
New York, NY 10153

Kanawha Scales & Systems
579-A Parkway
Monongahela, PA 15063

Kennedy Vision Center
10600 Old County Rd. 15
Minneapolis, MN 55441

Keystone Diversified Pipe Supply
114 Stackpole St.
Saint Marys, PA 15857

Kiesling Associates, LLP
7780 Office Plaza Dr. S, Suite 184
West Des Moines, IA 50266-2337

Kolene Corporation
12890 Westwood St.
Detroit, MI 48223-3436

KS&C Industries, LLP
2750 S. Hanley Rd
Saint Louis, MO 63143

L&M Pro Hardware Store
923 Sizerville Rd.
Emporium, PA 15834

Laser Lux
PO Box 814
Mercedes, TX 78570-0814

Lean Horizons Consulting
PO Box 1034
Glastonbury, CT 06033

Leco Corporation
PO Box 8790
Benton Harbor, MI 49023-8790

Lenze Electric Service
437 Emerald Rd.
Saint Marys, PA 15857

Leonard Levie

Lifetech Equipment Companies
6847 Ellicott Dr.
East Syracuse, NY 13057

Liftech/ED Farrel
1225 E. 2nd St.
Jamestown, NY 14701

Linde, LLC
575 Mountain Ave
PO Box 1047
New Providence, NJ 07974-2097

Link Industrial
PO Box 1783
Pharr, TX 78577

Locke-Brothers Inc.
2525 North 124 Suite 220
Brookfield, WI 53005

LPS International
375 Staunton
PO Box 6133
Brownsville, TX 78523-6133

M & S Tooling, Inc.
455 County Rd. 3250
Emory, TX 75440

M Argueso & Company, Inc.
2628 River Ave
Rosemead, CA 91770-3395

Maslon Edelman Borman & Brand
3300 Wells Fargo Center
90 South 7th St.
Minneapolis, MN 55402-4140

Matheson Tri-Gas DBA Valley
1225 Brussells St.
Saint Marys, PA 15857

McAllen Foreign - Trade Zone
One SW Industrial Plaza
604 S. 33rd St.
McAllen, TX 78503

McAllen Foreign - Trade Zone
One SW Industrial Plaza
6401 S 33rd St.
McAllen, TX 78503

McAllen Foreign Trade Zone, Inc.
6401 S. 33rd St.
McAllen, TX 78503

McDermott Will & Emery
227 W. Monroe St. Suite 4400
Chicago, IL 60606-5096

McMaster-Carr Supply Company
PO Box 7690
Chicago, IL 60680-7690

Mid-Cameron Authority
421 N. Broad St.
Emporium, PA 15834

Midwest Maintenance & Mechanical
710 Pennsylvania Ave S., Suite B
Minneapolis, MN 55426

Million Dollar Machining, Inc.
Million Dollar Highway
PO Box 762
Saint Marys, PA 15857

MLS Freight Logistics
1802 S Expressway 281
Edinburg, TX 78542

MS Jacobs & Associates, Inc.
810 Noblestown Rd.
Pittsburgh, PA 15205

MX Industrial Distributor
181 Railroad Dr.
Warminster, PA 18974

Nalco Company
PO Box 70716
Chicago, IL 60673-0716

National Corporate Research
10 E. 40th St.
10th Floor
New York, NY 10016

Nu-Co Tool, Inc.
7310 N. Liberty
Edinburg, TX 78541

Oxygen Service Co Inc.
1111 Pierce Butler Rte
Saint Paul, MN 55104

Paradigm Productions, Inc.
2500 E. Devon Ave, First Floor
Des Plaines, IL 60018

Paragon Acquisitions LLC
PO Box 430
Ashtabula, OH 44005

Paris Uniform Rental & Supply
67 Hoover Ave
PO Box 1043
Du Bois, PA 15801-1043

Penn Pallet
675 Fillmore Rd.
Saint Marys, PA 15857

Pennsylvania Controls
119 W. Pike St. Suite 3
Houston, PA 15342

Pennsylvania One Call System, Inc.
PO Box 641121
Pittsburgh, PA 15264-1121

Pennsylvania SCDU
PO Box 69112
Harrisburg, PA 17106-9112

Perez Services, Inc.
125 Electronics Blvd. Suite L3
Huntsville, AL 35824

Pioneer Metal Finishing
1717 West River Road North
Minneapolis, MN 55411

Pioneer Metal Solutions
4031 Bronze Way
Dallas, TX 75237

Power Drives, Inc.
3003 Pittsburgh Ave
Erie, PA 16508

Premier Asset Recovery Group
77 East Palatine Rd.
Prospect Heights, IL 60070-1811

Prism Industrial LLC
c/o Curtis J. Zamec, II
1470 Cherry Place
Mound, MN 55364

Prochem Tech Interational
51 Prochem Tech Drive
PO Box 214
Brockway, PA 15824

Product Assurance Services, Inc.
328 State St.
Saint Marys, PA 15857

Productivity, Inc.
13435 "A" ST.
Omaha, NE 68144-3665

Prolink Incorporated
148 Eastern Blvd.
Glastonbury, CT 06033

Pyrotek
W228 N2792 DUPLAINVILLE RD
Waukesha, WI 53186

Quala-Die, Inc.
1250 Brusselles St.
Saint Marys, PA 15857-1902

Quality Metal Coatings, Inc,
122 Access Rd.
Saint Marys, PA 15857

Quickparts
301 Perrimeter Center North Suite 500
Atlanta, GA 30346

Racoh Products, Inc.
1751 Rich Valley Rd.
PO Box 29
Emporium, PA 15834

Ray C. Schrock, Esq. P.C.
Weil, Gotshal & Manges LLP
767 Fifth Ave
New York, NY 10153

Rebco, Inc.
650 Brandy Camp Rd.
Kersey, PA 15846

Reid's Napa
31 E. 4th St.
Emporium, PA 15834

Remet Pic, Inc.
210 Commons Rd.
Utica, NY 13502-6395

Rio Tinto
100 W. 33rd St.
New York, NY 10001

Rosenquist Construction
2514 24th Ave South
Minneapolis, MN 55406

Roser Customs Service
400 East 13th St.
Brownsville, TX 78520

Royal Metals
433 Continental Dr.
Maryville, TN 37804

RR Donnelley
7810 Solution Center
Chicago, IL 60677-7008

Safety-Kleen
5360 Legacy Dr.
Plano, TX 75024

Sandburg Oil Company, Inc.
1641 Olean Portville Rd.
Olean, NY 14760-9504

SD&R
219 Servidea Dr.
Ridgway, PA 15853

Simtec
3663 Broadmoor SE
Grand Rapids, MI 49512

Sinterite Furnace Division
Gasbarre Products, Inc.
310 State Rd.
Saint Marys, PA 15857

Sistemas Industriales De Calidad
Prol Miravalle N 791
Saltillo Coah
Mexico CP25260

Sonntag & Partner
Schertlinstr. 23
86159 Augsburg
Germany

Spirit Services
15801 Lockwood Rd.
Williamsport, MD 21795

St. Marys Box Company, Inc.
South St. Marys Road
PO Box 910
Saint Marys, PA 15857

St. Marys Metal Finishing, Inc.
1057 Trout Run Rd.
Saint Marys, PA 15857

Stevens & Lee Lawyers & Consultants
485 Madison Ave
20th Floor
New York, NY 10022

Super 8 - Creston
804 W. Taylor St.
Creston, IA 50801-3534

Superior Machining, Inc.
317 Aspen Way
Du Bois, PA 15801

Superior Tooling Technology
12027 Route 120
Emporium, PA 15834

Supertel Inn & Conference
800 Laurel St.
Creston, IA 50801

Supply Innovations Company
200 Chihuahua St., Suite 100
San Antonio, TX 78207

Surface Preparation - Texas
6035 S Loop East
Houston, TX 77033

Synergetic Solutions Inc.
3890 Pheasant Ridge Dr. NE Suite 180
Minneapolis, MN 55449

Talisman International
901 N. Glebe Rd. Suite 801
Arlington, VA 22203

TCTM Financial FS, LLC
Attn: Mr. Joshua K. Philips
11990 San Vicente Blvd. Suite 200
Los Angeles, CA 90049

The Tharpe Company, Inc.
PO Box 1719
Statesville, NC 28687

Tinius Olsen Testing Mach
1065 Easton Rd.
Horsham, PA 19044-8009

Toll Gas & Welding
3005 Niagara Lane
Minneapolis, MN 55447

Traffic Tech Incorporated
1845 104th Ave Unit 131
Calgary, AB
Canada

Trebol Florida, LLC
11400 New Berlin Rd.
Jacksonville, FL 32226

Trout Run Secondary
344 Depot St.
Saint Marys, PA 15857

Trudell Trailers Minnesota
9600 71st St. NE
Albertville, MN 55301

Turret Steel Industries
105 Pine St.
Imperial, PA 15126

ULINE
2200 S. Lakeside Dr
Waukegan, IL 60085

Unicorn HRO
25-0 Hanover Rd.
Florham Park, NJ 07932

Unum Life Insurance Co
PO Box 406834
Atlanta, GA 30384-6834

V&D Drilling & Tapping
125 Neubert St. DN
Saint Marys, PA 15857

Venable LLP
1270 Avenue of the Americas
Rockefeller center, 24th Floor
New York, NY 10020

Venture Tech Sale & Services
801 E. Jackson Place
Broken Arrow, OK 74012

Veritas Legal Services
Four Smithfield St.
10th Floor
Pittsburgh, PA 15222

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

W&H Machine Shop, Inc.
1051 Trout Run Road
Saint Marys, PA 15857

W.P. and R.S. Mars Company
215 E. 78th St.
Minneapolis, MN 55420-1291

Weiss & Company LLP
2700 Patriot Blvd, Suite 400
Glenview, IL 60026

Wellman Dynamics Corporation


Wellman Dynamics Machining & Assembly


Wells Fargo Ins Services
Lockbox 203312 - MN Bloomington
PO Box 203312
Dallas, TX 75320-3312

Whitesell Corporation
2703 E. Avalon Ave
PO Box 2570
Muscle Shoals, AL 35662-2570

Windstream
Attn: Support Services
1720 Galleria Blvd.
Charlotte, NC 28270

Woodside Capital
Attn: Daphne J. Firthet
444 Washington St.
Woburn, MA 01801

Wright Tool & Die
4829 Prime Parkway
McHenry, IL 60050

Xerox Corporation
PO Box 660501
Dallas, TX 75266-0501

XPO Logistics-Less-Than-Truckload
PO Box 5160
Portland, OR 97208-5160

YRC
3500 N. McColl
McAllen, TX 78501

Zee Medical Service Buffa
PO Box 1647
Williamsville, NY 14231

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Fansteel, Inc.**

Debtor(s)

Case No.

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Fansteel, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 13, 2016**

Date

**/s/ Jeffrey D. Goetz**

**Jeffrey D. Goetz**
Signature of Attorney or Litigant
Counsel for    **Fansteel, Inc.**
**Bradshaw, Fowler, Proctor & Fairgrave PC**
**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
**515-243-4191 Fax:515-246-5808**
**www.bradshawlaw.com**