IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 16-01823-als11 |
| ) | Chapter 11 |
| FANSTEEL, INC., ) | |
| ) | NOTICE OF APPEARANCE |
| Debtor. ) | AND REQUEST FOR SERVICE |
| ) | OF NOTICES AND PLEADINGS |

The undersigned, Julie Johnson McLean, of the law firm of Davis, Brown, Koehn, Shors & Roberts, P.C., 215 10th Street, Suite 1300, Des Moines, Iowa 50309, hereby enters her appearance as attorney on behalf of TCTM Financial FS, LLC, a secured creditor of the Debtor.

Pursuant to Bankruptcy Rules 2002(g) and 9010(b), the undersigned hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned attorney at the office address set forth below.  Please take further notice that the foregoing requested documents include not only the notices and papers referred to in Bankruptcy Rule 2002, but also include, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted by mail, courier, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects the Debtor or the property of the Debtor, including those orders, notices and pleadings:  (1) that affect or seek to affect in any way the rights or interests of any creditor or party in interest in this case, including TCTM Financial FS, LLC, with respect to the Debtor, property of the estate or proceeds thereof in which the Debtor may claim an interest, or property of the estate or proceeds thereof in the possession, custody or control of the Debtor, its creditors or others, which the Debtor, its

#2767852

creditors or others may seek to use; or (2) that require or seek to require any act, delivery of any property, payment or other conduct by the Debtor, its creditors or others.

This Notice of Appearance and Request for Service of Notices and Pleadings shall not be deemed to be and is not a waiver of the rights of TCTM Financial FS, LLC and is not to be construed as a waiver of any right: (i) to have final orders in non-core matters entered only after de novo review by the district court; (ii) to have trial by jury in any proceeding; (iii) to have the district court withdraw the reference; or (iv) other claim, action, setoff or recoupment to which TCTM Financial FS, LLC may be entitled, all of which rights, claims, actions, setoffs or recoupments are hereby expressly reserved.

Dated this 14th day of September, 2016.

/s/ Julie Johnson McLean
Julie Johnson McLean, IA I.D. AT#0005185
Davis, Brown, Koehn, Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, IA 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
E-mail: juliemclean@davisbrownlaw.com
ATTORNEY FOR TCTM FINANCIAL FS, LLC

Electronically filed.

Certificate of Service: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

/s/ Julie Johnson McLean