**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FANSTEEL, INC. | ) | Case No. 16-01823-als11 |
| | ) | |
| | ) | **APPOINTMENT OF COMMITTEE** |
| Debtor | ) | **OF UNSECURED CREDITORS** |

The U.S. Trustee for Region 12 hereby appoints the following person/entities to the Official Committee of Unsecured Creditors in the above case:

Creditors:
Clausen Miller P.C.
c/o Vinvent McInerney
10 S. LaSalle St.
Chicago, IL 60603
Ph: (312) 606-7645
Fax: (312) 606-7777
vmcinerney@claussen.com

M.A. Steel Foundry Limited
c/o Isidro Ang
4820 78th Ave SE
Calgary, AB
Canada T2C 2W9
Ph: (403) 236-1682
Fax: (309) 236-0891
masteel@temsplanet.net

Precision Calibration & Testing
c/o Frank v. Kelkis
3799 Concord Rd.
York, PA 17402
Ph: (717) 840-4994
Fax: (717) 840-4995
fkelkis@pctcorp.com

Reade Manufacturing Company
c/o Ken Clark, VP
4601 Westown Pkwy, Suite 130
West Des Moines, IA 50266
Ph: (515) 421-4100
Fax: (515) 421-4129
ken.clark@magnesium-elektronusa.com

Integrated Quality Systems Inc.
c/o Richard K. Vesely
122 Crane Dr.
Kittanning, PA 16201
Ph: (724) 584-0107
Fax: (724) 545-2646
rich@integratedqs.com

R-Con Nondestructive Test Consultants
c/o Loren Sandberg
5605 Freitag Dr.
Menomonie, WI 54751
Ph: (715) 235-7222
Fax: (715) 233-3460
lorens@rcon-ndt.com

Phoenix Environmental Enterprises, Inc.
c/o Ricklin L. Heintz
902 E. 2nd St., #250
Winona, MN 55987
Ph: (507) 261-2037
Fax: (651) 204-3458
ricklin@HBCI.com

PCX Aerostructures, LLC
c/o Timothy J. Fagan
300 Fenn Rd.
Newington, CT 06111
Ph: (860) 594-4392
tim.fagan@pcxaero.com

       William F. Bieber
       c/o Timothy McFadden
       Barnes & Thornburg, LLP
       One North Wacker Drive, Suite 4400
       Chicago, IL 60606-2833
       Ph: (312) 214-4588
       Fax: (312) 759-5646
       Timothy.McFadden@btlaw.com

Ken Clark of Reade Manufacturing Company is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

       **Daniel M. McDermott**,
       United States Trustee
       Region 12

       By: /s/ L. Ashley Zubal
       **L. Ashley Zubal**
       ID # IS9998256
       Federal Building, Room 793
       210 Walnut Street
       Des Moines, Iowa 50309-2108
       Ph: (515) 323-2269 / Fax: 284-4986
       Ashley.Zubal@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that a copy of this document was sent to the parties below on September 23, 2016.
Parties receiving electronic service

- Nathan J Borland — nathan.borland@usdoj.gov, usaias.nefbankruptcy@usdoj.gov
- Jared R Friedmann — jared.friedmann@weil.com
- Jill Frizzley — jill.frizzley@weil.com, katherine.doorley@weil.com
- Richard M Gladstein — Richard.Gladstein@usdoj.gov
- Jeffrey D Goetz — bankruptcyefile@bradshawlaw.com, goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
- Thomas J Joensen — joensen.thomas@bradshawlaw.com
- Justin E Lavan — lavan.justin@bradshawlaw.com
- Mary C Luxa — usaias.nefbankruptcy@usdoj.gov
- Julie Johnson McLean — juliemclean@davisbrownlaw.com
- Krystal R Mikkilineni — mikkilineni.krystal@bradshawlaw.com, warner.barbara@bradshawlaw.com, carpe.pamela@bradshawlaw.com
- Gary A Norton — norton@whitfieldlaw.com, stephens@whitfieldlaw.com
- Ray C Schrock — ray.schrock@weil.com
- Kristina M Stanger — kmstanger@nyemaster.com, krenslow@nyemaster.com
- United States Trustee — USTPRegion12.DM.ECF@usdoj.gov
- Mark D Walz — markwalz@davisbrownlaw.com, markwalz@davisbrownlaw.com

Parties receiving hand or mailed service:

Reade Manufacturing Company dba Magnesium Electron Powders NJ
c/o Stephen M. Packman
Archer & Greiner, PC
One Liberty Place, 32nd Floor
Philadelphia, PA 19103-7393

Ray C. Schrock
767 Fifth Avenue
New York, NY 10153

By: /s/ Shelly W. Fellner
    **Shelly W. Fellner**
    Legal Clerk
    United States Trustee's Office