THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>FANSTEEL, INC.,<br><br>    Debtor and Debtor in Possession. | Case No. 16-01823-als11<br><br>CHAPTER 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

    The undersigned attorney hereby enters his appearance as proposed counsel to the Official Committee of Unsecured Creditors in the above-captioned case. Pursuant to Rule 2002, requests that copies of all papers filed or served in this case be sent to:

        Kristina M. Stanger
        Nyemaster Goode, P.C.
        700 Walnut Street, Suite 1600
        Des Moines, IA  50309-3899

    Please take further notice that this request includes all notices and papers including, without limitation, reports, 2004 examinations, discovery, schedules, affidavits, orders, applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic delivery or otherwise, and all notices thereof.

    This Notice of Appearance and Request for Service of Papers does not constitute consent to any violation of Bankruptcy 9003. This Notice of Appearance and Request for Service of Papers does not constitute a consent to jurisdiction of the court over non-core proceedings under 28 U.S.C. §157.

By: */s/ Kristina M. Stanger*
Kristina M. Stanger, AT0000255
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA  50309-3899
Telephone:  (515) 283-8009
Fax:  (515) 283-8045
Email:  kmstanger@nyemaster.com

**ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ESF's notice of electronic filing.

/s/ Kristina A. Renslow