THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>FANSTEEL, INC.,<br><br>    Debtor and Debtor in Possession. | Case No. 16-01823-als11<br><br>CHAPTER 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

    The undersigned attorney hereby enters his appearance as proposed counsel to the Official Committee of Unsecured Creditors in the above-captioned case. Pursuant to Rule 2002, requests that copies of all papers filed or served in this case be sent to:

        Stephen M. Packman
        Archer & Greiner, P.C.
        One Liberty Place
        Thirty-Second Floor
        1650 Market Street
        Philadelphia, PA 1903-7393

    Please take further notice that this request includes all notices and papers including, without limitation, reports, 2004 examinations, discovery, schedules, affidavits, orders, applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic delivery or otherwise, and all notices thereof.

    This Notice of Appearance and Request for Service of Papers does not constitute consent to any violation of Bankruptcy 9003. This Notice of Appearance and Request for Service of Papers does not constitute a consent to jurisdiction of the court over non-core proceedings under 28 U.S.C. §157.

By: */s/ Stephen M. Packman*
Stephen M. Packman
Archer & Greiner, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 1903-7393
Telephone: (215) 246-3147
Facsimile: (215) 963-9999
Email: spackman@archerlaw.com

**ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ESF's notice of electronic filing.

/s/ Kristina A. Renslow

2