THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Case No. 16-01823-als11 |
| FANSTEEL, INC., | CHAPTER 11 |
| Debtor and Debtor in Possession. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

The undersigned attorney hereby enters his appearance as proposed counsel to the Official

Committee of Unsecured Creditors in the above-captioned case.  Pursuant to Rule 2002, requests that

copies of all papers filed or served in this case be sent to:

> Douglas G. Leney
> ARCHER & GREINER, P.C.
> One Liberty Place, 32nd Floor
> 1650 Market Street
> Philadelphia, PA 19103

Please take further notice that this request includes all notices and papers including, without

limitation, reports, 2004 examinations, discovery, schedules, affidavits, orders, applications,

motions, petitions, requests, complaints or demands, whether formal or informal, whether written or

oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic delivery or

otherwise, and all notices thereof.

This Notice of Appearance and Request for Service of Papers does not constitute consent to

any violation of Bankruptcy 9003.  This Notice of Appearance and Request for Service of Papers

does not constitute a consent to jurisdiction of the court over non-core proceedings under 28 U.S.C.

§157.

By: */s/ Douglas G. Leney*
    Douglas G. Leney
    ARCHER & GREINER, P.C.
    One Liberty Place, 32nd Floor
    1650 Market Street
    Philadelphia, PA 19103
    215-246-3151 (t)
    215-963-9999 (f)
    dleney@archerlaw.com

**ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ESF's notice of electronic filing.

/s/ Kristina A. Renslow

2