**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309**
www.iasb.uscourts.gov

In the Matter of Jointly Administered:

| | |
|---|---|
| **Fansteel, Inc.** | Case No. **16-01823-als11 (lead case)** |
| Debtor | |
| **Wellman Dynamics Corporation, Inc.** | Case No. **16-01825-als11** |
| Debtor | |
| **Wellman Dynamics Machinery & Assembly, Inc.** | Case No. **16-01827-als11** |
| Debtor | |

**Notice and Order Regarding Telephonic Hearing on:
RULING re: Motion to Use Cash Collateral (#7), Amended Motion to Use Cash Collateral (#178),
Objections (#75, #103, #184, #196), Response (#170) and Joinder (#186)**
(date entered on docket: October 19, 2016)

**TO:** Jeffrey D. Goetz, Attorney for Debtor
Mark D. Walz, Attorney for Creditor, TCTM Financial FS, LLC
Kristina M. Stanger, Attorney for Official Committee of Unsecured Creditors
Jim Snyder, Attorney for United States Trustee

**YOU ARE HEREBY NOTIFIED of the following Hearing:**

**Telephonic Hearing on October 24, 2016. Participants should be prepared to dial into the conference call at 2:00 p.m. CDT.
Time allotted for Hearing: 2 Hours
Conference call number: (888) 431-3632
Access Code: 9344065**

**Deadlines**

**IT IS HEREBY ORDERED:**

1. **Objections**, if no bar date preceded this motion, are due on or before **N/A**.
2. **Exhibits,** if any, shall be exchanged and submitted by **N/A**. Exhibit list(s) must be filed with the Clerk of Court by the same date.
    - **Exhibits must be in pdf format. Exhibits shall be submitted to the Clerk's Office on DVD/CD or USB drive OR to Chambers at als_exhibits@iasb.uscourts.gov**.
    - The electronic exhibits must be clearly labeled with the number or letter, which corresponds to the exhibit list.
    - Debtor(s) shall use consecutive numbers; Creditor(s) shall use consecutive letters. If a matter involves multiple parties, self-explanatory acronyms should be used in addition to numbers or letters.
    - The exhibits submitted to the Clerk's Office will be identified, stored and utilized to designate the official record.
3. Briefs due on or before **N/A**.

**Scheduling/Continuances**

**If no objection is filed by the date indicated above, the court may enter an order on the uncontested matter and cancel the hearing.**

The parties shall promptly advise the judge's chambers at **515-284-6118** of any resolution or change in attorney handling the hearing.

An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that one's client and all opposing parties have been contacted and that those entities either consent to or resist the motion.

**Questions Regarding this Order**

Contact Jan Kirschman, Courtroom Deputy, 515-323-2836, jmk@iasb.uscourts.gov or
Laura Carrington, Law Clerk, 515-284-6234, lac@iasb.uscourts.gov

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge