IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 16-01823-11-als |
| FANSTEEL, INC. ) | Affiliated Case Nos.: 16-01825 & |
| ) | 16-01827 |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Honorable Anita L. Shodeen |

### UNITED STATES' WTINESS LIST AND EXHIBIT LIST FOR FEBRUARY 16, 2017 HEARING

The United States, on behalf of the Nuclear Regulatory Commission ("NRC") may call the following witnesses during the hearing in the captioned case to be held on February 16, 2017, at 1:00 pm CDT:

### WITNESSES

1. Gregory C. Chapman Sr., Health Physicist and Project Manager, NRC, Office of Nuclear Materials Safety and Safeguards, Division of Decommissioning Branch, Uranium Recovery, and Waste Programs, Materials Decommissioning Branch.

2. Robert L. Harris, C.P.A., Principal at Harris & Associates.

3. Any witness called or designated by any other party.

4. Any witness necessary for rebuttal, foundation, impeachment, or authentication.

### EXHIBITS

The United States may produce the following exhibits during the hearing in the captioned case to be held on February 16, 2017, at 1:00 pm CDT:

**Exhibit A –** Materials License SMB-911, Amendment 13, September 14, 2007.

**Exhibit B –** Decommissioning Trust Agreement.

**Exhibit C –** Declaration of Robert L. Harris, C.P.A., February 13, 2017.

**Exhibit D –** Declaration of Robert L. Harris, C.P.A., Exhibit A (filed under seal).

**Exhibit E -** Declaration of Robert L. Harris, C.P.A., Exhibit B (filed under seal).

**Exhibit F-** Declaration of Robert L. Harris, C.P.A., Exhibit C (filed under seal).

**Exhibit G -** Delaware Annual Franchise Tax Reports, 2009 to 2014.

**Exhibit H -** Delaware Annual Franchise Tax Report, 2015.

**Exhibit I** – Letter from E. Jonathan Jackson, President FMRI to James C. Shepherd, NRC, September 25, 2006.

**Exhibit J -** Letter from E. Jonathan Jackson, President FMRI to James C. Shepherd, NRC, March 20, 2007.

**Exhibit K –** Letter from E. Jonathan Jackson, President FMRI to James C. Shepherd, NRC, May 14, 2007 (filed under seal).

**Exhibit L** - Letter from Robert Compernolle, President FMRI to James C. Shepherd, NRC, March 31, 2011 (filed under seal).

**Exhibit M** - Letter from Robert Compernolle, President FMRI to James C. Shepherd, NRC, March 31, 2012 (filed under seal).

**Exhibit N** - Letter from Robert Compernolle, President FMRI to James C. Shepherd, NRC, March 31, 2013 (filed under seal).

**Exhibit O –** Decommissioning Plan, Fansteel Inc., Muskogee, Oklahoma Site, Vol 1 of 2, Section 4 (Radiological Status of the Muskogee Site).

**Exhibit P –** Photographs of the Muskogee Site, February 15, 2017.

In addition, the United States reserves the right to enter any of the following into evidence as Exhibits:

1. Any exhibits offered by any other party or on any other party's exhibit list.

2. Any exhibits needed for rebuttal, foundation, impeachment, or authentication.

3. Summary exhibits as deemed necessary.

4. Any exhibit or document filed by Debtors, the Committee, or TCTM, on the docket of the three cases through the date of the February 14, 2017.

Dated February 14, 2017

        Respectfully submitted,

        Jeffrey H. Wood
        Acting Assistant Attorney General
        Environmental and Natural Resources Division
        United States Department of Justice

By:

        */s/Richard M. Gladstein*
        Richard M. Gladstein DC362404
        Senior Counsel
        Environmental Enforcement Section
        Environment and Natural Resources Division
        United States Department of Justice
        601 D Street, Room 2121
        Washington, D.C.
        Telephone: (202) 514-1711
        Facsimile: (202) 616-6584
        Email: Richard.Gladstein@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2017, I served the foregoing electronically via the Court's CM/ECF system on all parties registered to receive CM/ECF notifications for this case, including but not limited to the following:

Jeffrey D. Goetz
Krystal R. Mikkilineni
Julie Johnson McLean
Mark D. Walz
Ray C. Schrock
Jill Frizzley
United States Trustee

        */s/Richard M. Gladstein*
        Richard M. Gladstein
        Senior Counsel