# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-01823-als11 |
| | ) | |
| **FANSTEEL, INC.,** | ) | Chapter 11 (Confirmed) |
| | ) | |
| Reorganized Debtor. | ) | Honorable Anita L. Shodeen |
| | ) | |
| c/o Dave Sands | ) | **NOTICE OF EFFECTIVE DATE OF** |
| Dorset Partners, LLC | ) | **SIXTH AMENDED PLAN OF** |
| PO Box 67 | ) | **LIQUIDATION OF FANSTEEL, INC.** |
| Dorset, VT 05251 | ) | |
| | ) | |
| EIN: 36-1058780 | ) | No Hearing Set |
| | ) | |

1. <u>Confirmation of the Plan</u>. On August 6, 2020, Fansteel, Inc. (the "Debtor") obtained an order confirming the Sixth Amended Plan of Liquidation Dated June 25, 2020 (Docket No. 1532) and First Amendment thereto (Docket No. 1546) (collectively referred to as the "Plan") from the United States Bankruptcy Court for the Southern District of Iowa (the "Bankruptcy Court"). The Bankruptcy Court previously mailed copies of the order of confirmation (the "Confirmation Order") (Docket No. 1567) to all parties in interest.

2. <u>Effective Date of the Plan</u>. Pursuant to Section 9.12 of the Plan, the Debtor has satisfied all Conditions Precedent to the Effective Date of the Plan and has therefore declared the Plan Effective Date as of August 21, 2020 (the "Effective Date"). The occurrence of the Effective Date results in the appointment of the Plan Administrator and appointment of the Post-Confirmation Investigator.

3. <u>Inquiries</u>. Please direct any questions regarding this Notice to the Plan Administrator: David Sands, Dorset Partners, LLC, PO Box 67, Dorset, VT 05251, dave@dorsetpartners.com. Note that the Plan Administrator is not permitted to provide legal

-2-

advice to you.

4.      <u>Inconsistency</u>.  To the extent there is any inconsistency between this Notice and the Plan or Confirmation Order, the Plan or Confirmation Order, as applicable, shall govern.

Dated: August 21, 2020

**FOR FANSTEEL, INC.
REORGANIZED DEBTOR**

**BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.**
Jeffrey D. Goetz, Esq., AT0002832
Vincent R. Ledlow, Esq. AT0013348
Krystal R. Mikkilineni, Esq., AT0011814
801 Grand Ave., Suite 3700
Des Moines, IA  50309-8004
Tel: (515) 246-5817
Fax: (515) 246-5808
goetz.jeffrey@bradshawlaw.com
mikkilineni.krystal@bradshawlaw.com
ledlow.vincent@bradshawlaw.com

*General Reorganization Counsel*

CERTIFICATE OF SERVICE:

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

/s/     Barbara Warner