**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-01823-als11 |
| | ) | |
| FANSTEEL, INC. | ) | Chapter 11 |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

## STATUS REPORT OF POST CONFIRMATION INVESTIGATOR

COMES NOW, Elizabeth Lally, Post Confirmation Investigator ("Investigator") for Fansteel, Inc., Reorganized Debtor (the "Debtor") in the above-captioned Chapter 11 case and hereby submits this Status Report in accordance with Section 6.2.1(B).(vi) of the Debtor's Sixth Amended Plan of Liquidation (Docket No.1532):

1.  A petition under Chapter 11 of the United State Bankruptcy Code was filed with respect to the Debtor on September 13, 2016 (Docket No. 1).

2.  On June 25, 2020, the Debtor filed its Fifth Amended Disclosure Statement and Sixth Amended Plan of Liquidation (the "Plan")(Docket Nos. 1531 and 1532, respectively).

3.  On August 6, 2020, this Court entered an order confirming the Sixth Amended Plan of Liquidation (Docket No. 1567).

4.  Pursuant to Section 9.12 of the Plan, the Debtor satisfied all Conditions Precedent to the Effective Date of the Plan, and therefore, the Plan Effective Date was August 21, 2020 (the "Effective Date"). The occurrence of the Effective Date resulted in the appointment of the Plan Administrator and Post-Confirmation Investigator.

5.  Pursuant to Section 6.2.1 (B)(vi) of the Plan, a Post-Confirmation Investigator for the Debtor was engaged on the confirmation date of the Plan, to investigate, assess,

research, and evaluate whether the Debtor has any Insider Claims and to engage special counsel to prosecute any such Insider Claims, if necessary.

6. Pursuant to Section 6.2.1 (B)(vi) of the Plan, within one hundred and twenty (120) days after confirmation, the Investigator shall file with the Bankruptcy Court a Final Report. If the Investigator is unable to complete the Final Report within one hundred and twenty (120) days after confirmation, the Investigator shall file a status report with the Court.

7. The Investigator is unable to file a Final Report at this time.

8. The Investigator to date has:

   a. Filed a Motion for Order to Extend Deadline to File Avoidance Actions Under 11 U.S.C. § 546 ("Motion to Extend") (Docket No. 1586) on September 18, 2020;

   b. On November 3, 2020, a hearing was held on the Motion to Extend and the Court subsequently entered an Order (Docket No. 1600) extending the deadline for filing avoidance action until August 3, 2021;

   c. The Investigator has worked with the Plan Administrator to obtain the Debtor's Directors and Officers insurance policies and continues to review said policies for liability coverage for potential fraudulent and avoidable claims to Insiders;

   d. The Investigator has identified the Debtor's Insiders during the five year avoidance period;

    e. The Investigator has analyzed the connections and extent of the Debtor's relationship with Insiders and the interconnections amongst the Insiders;

    f. The Investigator has worked with the Plan Administrator and Debtor's former Chief Financial Officer ("CFO") to obtain and summarize financial transactions within the five year avoidance period;

    g. The Investigator has reviewed the summary of financial transactions and has identified the transactional amounts to Insiders within the statutory minimum of 11 U.S.C. § 547; and

    h. The Investigator has identified 13 Insider transfers for further investigation and is continuing to work with the Plan Administrator and former CFO to obtain additional financial records regarding said transfers;

9. The investigation of whether the Debtor has any avoidable Insider Claims is ongoing, therefore the Investigator dutifully submits this interim Status Report.

Respectfully Submitted,

Dated: December 4, 2020                       **GOOSMANN LAW FIRM, PLC**

                                              By:  /s/*Elizabeth M. Lally*
                                                  Elizabeth M. Lally, #AT0013010
                                                  Goosmann Law Firm, PLC
                                                  17838 Burke Street, Suite 250
                                                  Omaha, NE 68118
                                                  Phone:  (402) 280-7648
                                                  Fax:    (402) 505-3967
                                                  Email:  LallyE@GoosmannLaw.com

**POST CONFIRMATION INVESTIGAOR**
**FOR DEBTOR, FANSTEEL, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing document, Status Report, was electronically filed with the Clerk of the Bankruptcy Court on December 4, 2020 using the CM/ECF system, upon which system the undersigned relies to provide service of this document to the Debtor, U.S. Trustee, and all other parties of interest that are part of the CM/ECF system including the following:

United States Trustee
Attn: James L. Snyder
Federal Bldg, Room 793
210 Walnut Street
Des Moines, IA 50309

Fansteel, Inc.
c/o Dave Sands
Dorset Partners, LLC
PO Box 67
Dorset, VT 05251

Fansteel, Inc.
c/o Jeffrey D Goetz
801 Grand Ave, Ste 3700
Des Moines, IA 50309-8004

Official Committee of Unsecured Creditors
c/o Jeffrey W Courter
700 Walnut
Ste 1600
Des Moines, IA 50309

*/s/Warren J. Ford III*
Warren J. Ford III