**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:                                                                                          Case No. **16-01823-als11**

**Fansteel Foundry Corporation**,

           Debtor(s)

**FINAL DECREE**
(Date entered on docket: October 24, 2023)

Having reviewed the Motion for Final Decree filed by the Debtor(s) and the status of the case, and there having been no timely objection filed, the Court determines that substantial consummation of the confirmed plan has occurred, and the estate has been fully administered as contemplated by 11 U.S.C. section 1101(2) and Rule 3022 of the Federal Rules of Bankruptcy Procedure.

**Therefore, it is ORDERED that:**

**(1)**   The Motion is granted.

**(2)**   The Debtor(s) and parties in interest shall govern themselves according to the terms of the confirmed plan in accordance with 11 U.S.C. sections 524 and 1141.

**(3)**   The Clerk of Court shall close this Chapter 11 case.

                                                                                       **/s/ Anita L. Shodeen**
                                                                                       Anita L. Shodeen
                                                                                       U.S. Bankruptcy Judge

Parties receiving this document from the Clerk of Court:
Everyone in this Chapter 11 Case